**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Providence Hospital of North Houston LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4458944** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16750 Red Oak Dr.**<br>**Houston, TX 77090**<br>Number, Street, City, State & ZIP Code | **5037B FM 2920 Rd.**<br>**Spring, TX 77388**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Providence Hospital of North Houston LLC**                          Case number (*if known*) _____
           _____
           Name

**7.   Describe debtor's business**     A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Providence Hospital of North Houston LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Providence Hospital of North Houston LLC**                    Case number (*if known*) _____
         Name

▓▓▓▓   Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **August 21, 2020**
              MM / DD / YYYY

X /s/ Huong Le Nguyen                                   **Huong Le Nguyen**
Signature of authorized representative of debtor         Printed name

Title   **Managing Member**

**18. Signature of attorney**   X /s/ Ronald J. Sommers                          Date  **August 21, 2020**
                                Signature of attorney for debtor                       MM / DD / YYYY

                                **Ronald J. Sommers 18842500**
                                Printed name

                                **Nathan Sommers Jacobs, A Professional Corporation**
                                Firm name

                                **2800 Post Oak Blvd., 61st Floor**
                                **Houston, TX 77056**
                                Number, Street, City, State & ZIP Code

                                Contact phone   **713-960-0303**      Email address _____

                                **18842500 TX**
                                Bar number and State

**Fill in this information to identify the case:**

Debtor name **Providence Hospital of North Houston LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's **position or relationship to the debtor**, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2020**          X /s/ Huong Le Nguyen
                                          Signature of individual signing on behalf of debtor

                                          **Huong Le Nguyen**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __**Providence Hospital of North Houston LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ __1,071,658.18__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ __1,071,658.18__

---

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ __13,485,906.64__

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____0.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ __10,020,840.37__

4.  Total liabilities ............................................................................................
    Lines 2 + 3a + 3b      $ __23,506,747.01__

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Providence Hospital of North Houston LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|---|---|---|---|

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Independent Financial formerly Independent Bank** | **Checking** | **8405** | **$18,120.18** |

4. | **Other cash equivalents** *(Identify all)* |
|---|---|

5. | **Total of Part 1.** | | **$18,120.18** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. | **Accounts receivable** | **SEE ATTACHED EXHIBIT A/B #11b** |
|---|---|

| | 11b. Over 90 days old: | _____ - | **0.00** =.... | **$1,053,538.00** |
|---|---|---|---|---|
| | | face amount | doubtful or uncollectible accounts | |

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$1,053,538.00** |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software SEE ATTACHED EXHIBIT A/B #41 (SUBJECT TO UMMC MOU AND BILL OF SALE)** | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**EXHIBIT A/B #11b**

AR

**Providence Hospital of North Houston, LLC**
**Accounts Receivable**

**11b.**                                **Over 90 days old**

| What | Face Amount | Doubtful or Uncollectible Accounts | Net Value | Comment |
|---|---|---|---|---|
| Patient Accounts Receivable | 10,116,208 Unknown | | Unknown | |
| Receivable from UMMC | 1,053,538 | 0 | 1,053,538 | See tab UMMC for details |
| Other receivables: | | | | |
| SE Texas ER & Hospital (Formerly ICON) | 865,841 | 865,841 | 0 | PHNH provided lab and management services and lab supplies |
| Progressive Women's Health | 5,500 | 5,500 | 0 | Inv was for a box of 5 - Genesis HTA kit Part number M0068580210 |
| Townsen Memorial Hospital | 4,068 | 4,068 | 0 | Lap tray set |
| | | | | Biopsy procedure supplies; there is a liability for $154.39 as they paid another invoice twice.  If invoice owed is offset with the duplicate payment made by Liberty Dayton, then |
| Liberty Dayton Regional | 46 | 46 | 0 | PHNH would owe Liberty Dayton. |

Page 1

**EXHIBIT A/B #11b**

UMMC

**UMMC Receivable Detail**

| Date | Amount | Description |
|------|--------|-------------|
| 09/01/19 | 500,000.00 | Last payment from sale of business |
| 09/20/19 | 82,467.27 | Loan payment on Independent Bank Loan ending in 0541 |
| 09/23/19 | 44,455.03 | Loan payment on Independent Bank Loan ending in 4023 |
| 10/20/19 | 82,467.27 | Loan payment on Independent Bank Loan ending in 0541 |
| 10/23/19 | 44,455.03 | Loan payment on Independent Bank Loan ending in 4023 |
| 11/20/19 | 82,467.27 | Loan payment on Independent Bank Loan ending in 0541 |
| 11/26/19 | 44,455.03 | Loan payment on Independent Bank Loan ending in 4023 |
| 12/20/19 | 82,467.27 | Loan payment on Independent Bank Loan ending in 0541 |
| 12/23/19 | 44,455.03 | Loan payment on Independent Bank Loan ending in 4023 |
| 01/31/20 | 31,020.19 | UMMC portion of the BPP taxes paid in Jan 2020 for 2019 |
| 09/01/19 | 32.95 | Omni Fire & Security – Service for 9/2019 |
| 09/01/19 | 1,649.13 | Waste Management bill for service period 9/2019 |
| 09/01/19 | 2,871.65 | Canon Lease payment for RadPro DR System Merry X-Ray for 9/2019 |
| 09/01/19 | 620.61 | OWDT payment for website hosting and maintenance – 9/2019 |
| 09/24/19 | 1,658.12 | Waste Management bill for service period 10/2019 |
| 09/30/19 | 1,200.00 | Biomedical Waste Solutions bill for 9/2019 |
| 10/01/19 | 211.60 | Shred-It payment for service dates 9/11/19 |
| 10/01/19 | 32.95 | Omni Fire & Security – Service for 10/2019 |
| 10/03/19 | 2,213.43 | Microsoft Office 365 E1 - Online Services - Billing Period: 09/03/2019 - 10/02/ |
| 10/06/19 | 620.61 | OWDT payment for website hosting and maintenance – 10/2019 |
| 10/22/19 | 316.92 | Shred-It payment for service dates 9/25/2019 and 10/9/2019 |
| 11/06/19 | 620.61 | OWDT payment for website hosting and maintenance – 11/2019 |
| 11/22/19 | 316.92 | Shred-It payment for service dates 10/23/19, 11/6/19  and 11/20/19 |
| 12/01/19 | 883.95 | ADP Benefit adjustment for December 2019 |
| 11/06/19 | 620.61 | OWDT payment for website hosting and maintenance – 12/2019 |
| 12/22/19 | 221.52 | Shred-It payment for service dates 12/4/19 and 12/17/19 |
| 01/22/19 | 231.44 | Shred-It payment for service dates 12/31/19 and 1/15/2020 |
| 02/01/20 | 505.61 | ADP Benefit adjustment for Nov 2019 |

| Total | 1,053,538.02 | |

# EXHIBIT A/B #41

**Providence Hospital of North Houston**
**Schedule A/B #41**

**Office equipment, including all computer equipment and communication systems equipment and software (subject to UMMC MOU and Bill of Sale)**

| Description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **Computer Equipment** | | | |
| | | | |
| **Hardware:** POE Switches for Phones | | | |
| - CIsco SG-300-52 port switch (9) | | | |
| - Cisco SG300 28 port POE + Switch (1) | | | |
| - Cisco MVBSX1 Mini-Gbic (10) | | | |
| - Cisco Catalyst 4500-48 port POE modules (6) | | | |
| - Cisco Catalyst 4500 Supervisor (1) | 11,046 | E-Bay | 4,887 |
| Purchase to Texas Systems Group | 15,312 | Net book value | 15,312 |
| Optiplex 5000 Series - 20 5040 SFF, 5 - 5040 MT | 7,692 | E-Bay | 6,000 |
| Netgear Ready NAS, Seagate Iron Wolf, Cat 6 Network | 1,572 | Net book | 1,572 |
| Rack, OCUCOBOL | 7,132 | Net book | 7,132 |
| **Software** | | | |
| Digiu Server Software | - | Net book value; software purchased in 2016 | - |
| Amkai Office/Charts Software for Hospital | - | Net book value; software purchased in 2016 | - |
| Network infrastructure, power & enviromental, software & warranty | - | Net book value; software purchased in 2016 | - |
| MD Staff (Web) Cloud including E Priv & MD Query, with MD App and virtual Committee - creditialing software | - | Net book value; software purchased in 2016 | - |
| Oppor Sr Network Architect; Engineering Services | - | Engineering services | - |
| Cloud infrastructure - Encrypted Cloud Infrastructure platform purposed for application.services execution, data storage and onsite/offsite data protection - 8 TB (April 2016 and 8 TB May 2016) | - | E-Bay | 310 |
| Oppr Infrastructre - IT Build Agreement - 50% of labor costs utilized up through May 1, 2016 | - | Engineering services | - |
| Polycom VVX 201 Business Media Phone w/o Power Supply (2); Polycom VVX-310 6-Line Desktop Phones, Gigabit Ethernet w/HD Voice w/o power supply (80); Digium Switchvox Gold Subscriptions (285 - 1 year license); Implementation Training and Labor | - | Ebay | 1,630 |
| Wellsoft - 75% of implementation and license fees billable upon contract acceptance - Emergency Department Information System | - | Net book value; software purchased in 2016 | - |
| Wellsoft - contract signed 5/27/2016, 25% of implementation and license fees | - | Net book value; software purchased in 2016 | - |
| Custom programming for a GoRev and Amkai Interface | - | Net book value; billing system GoRev no longer utilized | - |
| Hospital Infrastructure IT build Agreement - labor invoice | - | Net book value; labor to get infrasturcture up in 2016 | - |
| Dragon Dictation software | - | Ebay | 30 |

# EXHIBIT A/B #41

**Providence Hospital of North Houston**
**Schedule A/B #41**

**Office equipment, including all computer equipment and communication systems equipment and software (subject to UMMC MOU and Bill of Sale)**

| | | | | |
|---|---|---|---|---|
| Wellsoft - As per terms of a proposal date July 18, 2016, 25% of Software license fee is billable upon completion | | - | Net book value; software purchased in 2016 | - |
| Visualutions - Interfaces - custom coded interfaces to softwares used by business | | - | Net book value; software purchased in 2016 | - |
| Powerscribe360/ Project Management | | - | Net book value; software purchased in 2016 | - |
| OWDT,LLC - Initial payment for web design and development | | - | PHNH website is no longer operational. | - |
| OWDT,LLC - final paymetn for web design and development | | - | PHNH website is no longer operational. | - |
| Nuance Communications, Inc. Powerscribe 360, Interface Download | | - | Net book value; software purchased in 2017 | - |
| VasoHealthcareIT - TOMO software - software for mammo upgrade. | | - | Net book value; software purchased in 2017 | - |
| VasoHealthcareIT - TOMO software - software for mammo upgrade. | | - | Net book value; software purchased in 2017 | - |
| Wellsoft's Emergency Department Software, Facility Charge capture Revision | | - | Net book value; software purchased in 2017 | - |
| CompuGroup Medical US - PHNH LabDaq Interface and Professional Services | $ | 6,069.00 | Net book value; software purchased in 2017 | |

Debtor **Providence Hospital of North Houston LLC**                     Case number *(If known)* _____
         Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **SEE ATTACHED EXHIBIT A/B #50 (SUBJECT TO UMMC MOU AND BILL OF SALE)** | | | |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                     _____

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

# EXHIBIT A/B #50

**Providence Hospital of North Houston, LLC**
**Schedule of other machinery, fixtures and equipment**

| Description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **Equipment leases under Canon Financial** | | |
| RadPro DR System Merry X-Ray | Lease was assumed by UMMC | - |
| GE Precision 500D R/F Room (Block Imaging) | Lease was assumed by UMMC | - |
| Toshiba Infinix C-Arm | Lease was assumed by UMMC | - |
| Eaton-93PM/150kWUPS System N1 Critical Technologies | Lease was assumed by UMMC | - |
| TMS Therapy System | Lease was assumed by UMMC | - |
| Mark7-Arterion Bayer Injector | Lease was assumed by UMMC | - |
| Securview-RM-SVDX Hologic | Lease was assumed by UMMC | - |
| Canon CT Options | Lease was assumed by UMMC | - |
| Craneware Software | Lease was assumed by UMMC | - |
| GE HemoHemodynamic Combo Lab696-R3 and INW Server Up | Lease was assumed by UMMC | - |
| Omnicell Drug Dispenser | Lease was assumed by UMMC | - |
| Webster Vivid IQ Biosense | Lease was assumed by UMMC | - |
| Carto 3 System Biosense Webster | Lease was assumed by UMMC | - |
| UMS X-Ray System | Lease was assumed by UMMC | - |
| CIOS C Arm System | Lease was assumed by UMMC | - |
| CIOS C Arm System | Lease was assumed by UMMC | - |
| Siemens PET CT and Canon Vitrea | Lease was assumed by UMMC | - |
| MULTGEN2-VENOM100MM -Stryker RF Ablation Machine | Lease was assumed by UMMC | - |
| Canon Aplio 500 Ultrasound | Lease was assumed by UMMC | - |

Debtor **Providence Hospital of North Houston LLC**                   Case number *(If known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

Description (for example, federal, state, local)

| 73. | **Interests in insurance policies or annuities** | |
|---|---|---|
| | **Gallagher Cyber Plus Policy #OC0525AAD619** | **Unknown** |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| | **Claim for economic damages as a result of cyber attack in December 2019; loss covered by Gallagher Cyber Plus Policy** | |
| | **SEE ATTACHED EXHIBIT A/B #74** | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                 **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

# EXHIBIT A/B #74

## Cyber Attack Summary

On December 11, 2019, the PHNH IT system was hit by a ransomware attack.  The IT system was located at the PHNH campus in the server room.  The virus traveled through the entire IT system including the 1960 Family Practice clinics, business office, ER and multiple other entities since the virus went into the GE (PAC system).  Additionally, the tmmsonline.net email system was also compromised and all emails have not been recovered.  VasoHealthcare IT was supposed to have maintained our entire network (pharmacies/business office/billing office/clinics/radiology/satellite locations).  Everything related to business was completely shut down.

Our cyber insurance policies allowed our insurance company to step in and the carrier paid the ransomware ($800K plus) and also paid a recovery IT company (outside firm) to recover the damaged IT system. After the insurance investigation was complete, it was determined that one of the computers located at the nurse station (Kim Harrington, CNO of UMMC North) opened an unintended email and the virus spread to all the network systems located at Providence Hospital.  UMMC was using our network system through a managed access and service agreement.

After several months, it was determined that only about 50% of the damaged software is recoverable. PHNH has not been able to send out claims and billing has been shut down 100%.

Economic damages have not been determined.  The equipment, various IT equipment, and software is the collateral of Independent Bank.

We have provided to the carrier the monies that PHNH has paid as well as vendor invoices that the carrier should pay.  PHNH does not have a functioning billing system.

See below a timeline on major events as they occurred as part of the remediation efforts to this ransomware attack.  All major systems impacted including, but not limited to, GE Centricity, GE PACS, MedQ, Allscripts, Amkai, CPSI, Mail Server, entire network.

- **12/11/2019:** Ransomware attack happened at 2.00 AM early morning. IT received multiple calls about systems not functioning. Basic troubleshooting was done but the systems remained down. Morning 9.00 AM – IT determined that the systems were hacked.
- **12/12/2019:** Dr. Le contacted carrier. PHNH began working with counsel for insurance carrier and Tracepoint (Insurance IT). Tracepoint came onsite to evaluate the network.
- **12/12/2019:** FBI Cyber Crime Dept. was notified about the incident. FBI came on site to investigate on the attack.
- **3 Weeks post attack:** Tracepoint completed its investigation and sent findings to their headquarters in Washington DC.
- **01/21/2020:** Management contacted Visualations to evaluate Centricity Application.
- **01/28/2020 – 01/29/2020:** Visualations came onsite, declared the centricity Database and application files were corrupted beyond repair and need a re-implementation.
- **02/13/2020:** Investigation findings meeting with Tracepoint, Insurance and insurance attorneys. All the findings were mentioned on the call.

# EXHIBIT A/B #74

- **02/27/2020:** Ontrack was contacted to Decrypt the data from the centricity Database. Ontrack sent a quote.
- **04/15/2020:** Carrier released payment to Ontrack for Centricity Data decryption.
- **04/20/2020:** Management contacted MedQ for troubleshooting the corrupt RIS system
- **04/20/2020:** Management contacted GE for troubleshooting the corrupt PACS system
- **04/28/2020:** Contacted Visualutions for Quotes on rebuilding Centricity application
- **05/01/2020:** Received Quote from MedQ. MedQ tried to troubleshoot the system for more than a week after they were contacted to determine if the existing system could be repaired. The system was not responsive and beyond repair. Decision was made to re-implement a new system.
- **05/05/2020:** Received the Decrypted data of Centricity Database from Ontrack
- **05/27/2020:** Received the Quote from GE. GE worked with the IT team for more than a month in troubleshooting the system, understanding the previous workflow and evaluating the current functionality. The system is beyond repair and GE sent a quote to fix the dead system. A part of GE (GE Archive) was acceptable and was not included in the quote.
- **During this Entire process IT has been working to rebuild all the systems that were affected with no patient data loss including all the computers (180) and servers (Active Directory, multiple File Servers, DNS&DHCP Servers, multiple Internal App Servers) and other networking equipment including Firewalls and switches .**

Debtor **Providence Hospital of North Houston LLC**                Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,120.18 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $1,053,538.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,071,658.18 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,071,658.18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Providence Hospital of North Houston LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Canon Financial Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

**158 Gaither Dr**
**Mount Laurel, NJ 08054**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**SEE ATTACHED EXHIBIT D-2.1- list of equipment;**
**Assets in possession of UMMC**

**Describe the lien**
**Lease Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**        Column B: **$3,754,640.00**

| 2.2 | **Canon Medical Systems USA, inc.** | $35,000.00 | $35,783.00 |
|---|---|---|---|

Creditor's Name

**2441 Michelle Dr**
**Tustin, CA 92780**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2008**

**Describe debtor's property that is subject to a lien**
**Canon Aplio 500 Ultrasound Imaging System;**
**in possession of Community ER, LLC**

**Describe the lien**
**Lease Agreement assumed by Community ER, LLC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 8

# EXHIBIT D-2.1

**Providence Hospital of North Houston**

**Comments:**
Canon Leases were to be assumed by various parties on 9/1/2019 as indicated below.
Debtor made payments on leases through 8/31/2019
In the UCC filings there are three CIOS Fusion Mobile C-Arm Systems listed.  The third C-Arm (ref. 2.5) was never delivered.
See the original lease agreements with Canon attached.  The schedules that in the agreements were provided by Canon.

Lease schedule for Canon Leases

| Ref. on Schedule D | Lease # | Original Cost | Payment | Lease Start Date | Equipment Description | Serial Number | Term | End Date | Lease Assumed by: |
|---|---|---|---|---|---|---|---|---|---|
| Potentially 2.1 and/or 2.2 | 001-0765962-001 | $90,505.00 | $2,871.65 | 12/11/2017 | RadPro DR System Merry X-Ray | NA | 36 months | 12/11/2020 | UMMC |
| Potentially 2.1 and/or 2.2 | 001-0765962-002 | $185,000.00 | $5,985.89 | 12/11/2017 | GE Precision 500D R/F Room (Block Imaging) | NA | 36 months | 12/11/2020 | UMMC |
| 2.15 | 001-0765962-003 | $762,909.00 | $15,624.44 | 2/1/2018 | Toshiba Infinix C-Arm | A3A17Z2012 | 61 months | 2/1/2023 | UMMC |
| Potentially 2.1 and/or 2.2 | 001-0765962-004 | $61,280.00 | $1,241.38 | 2/20/2018 | Eaton-93PM/150kWUPS System N1 Critical Technologies | NA | 60 months | 2/20/2023 | UMMC |
| Potentially 2.1 and/or 2.2 | 001-0765962-005 | $71,650.00 | $1,454.11 | 3/2/2018 | TMS Therapy System | 39972 | 60 months | 3/2/2023 | UMMC |
| Potentially 2.1 and/or 2.2 | 001-0765962-006 | $25,025.00 | $508.47 | 3/13/2018 | Mark7-Arterion Bayer Injector | 202528 | 60 months | 3/13/2023 | UMMC |
| Potentially 2.1 and/or 2.2 | 001-0765962-007 | $48,000.00 | $984.87 | 3/23/2018 | Securview-RM-SVDX Hologic | NA | 61 months | 3/23/2023 | UMMC |
| 2.2 | 001-0765962-008 | $53,840.00 | $1,118.22 | 3/29/2018 | Canon Aplio 500 Ultrasound | W1F1495661 | 60 months | 3/29/2023 | Community ER |
| 2.1 | 001-0765962-009 | $66,000.00 | $1,375.86 | 5/29/2018 | Canon CT Options | NA | 61 months | 5/29/2023 | UMMC |
| 2.1 | 001-0765962-010 | $582,567.00 | $12,145.65 | 6/1/2018 | Craneware Software | NA | 61 months | 6/1/2023 | UMMC |
| 2.1 | 001-0765962-011 | $243,680.60 | $5,027.92 | 6/5/2018 | GE HemoHemodynamic Combo Lab696-R3 and INW Server Upgrade | NA | 61 months | 6/5/2023 | UMMC |
| 2.1 | 001-0765962-012 | $36,353.00 | $757.75 | 6/25/2018 | Omnicell Drug Dispenser | NA | 61 months | 6/25/2023 | UMMC |
| 2.1 | 001-0765962-013 | $89,499.00 | $1,866.23 | 7/9/2018 | Webster Vivid IQ Biosense | NA | 61 months | 7/9/2023 | UMMC |
| 2.1 | 001-0765962-014 | $346,200.00 | $7,218.52 | 7/30/2018 | Carto 3 System Biosense Webster | NA | 61 months | 7/30/2023 | UMMC |
| 2.1 | 001-0765962-015 | $51,521.71 | $1,070.83 | 8/2/2018 | UMS X-Ray System | NA | 61 months | 8/2/2023 | SE Texas ER & Hospital |
| 2.1 | 001-0765962-016 | $101,220.00 | $2,110.84 | 9/11/2018 | CIOS C Arm System | NA | 60 months | 9/11/2023 | UMMC |
| 2.1 | 001-0765962-017 | $85,325.00 | $1,779.36 | 9/11/2018 | CIOS C Arm System | NA | 60 months | 9/11/2023 | UMMC |
| 2.1 | 001-0765962-018 | $1,248,000.00 | $27,729.58 | 12/7/2018 | Siemens PET CT and Canon Vitrea | MRP372950 | 60 months | 12/7/2023 | UMMC |
| 2.1 | 001-0765962-019 | $49,170.00 | $1,030.86 | 2/28/2019 | MULTGEN2-VENOM100MM -Stryker RF Ablation Machine | MULTIPLE-See Below | 61 months | 3/28/2024 | UMMC |
| 2.1 | 001-0765962-020 | $75,601.80 | $1,459.84 | 3/29/2019 | Canon Aplio 500 Ultrasound | NA | 61 Months | 4/29/2024 | UMMC |

**detail of Lease# 001-0765962-019**

| | |
|---|---|
| MULTIGEN2 | 1829520439 |
| VENOM100MM | 104811 |
| VENOM100MM | 104849 |
| VENOM100MM | 104985 |
| VENOM100MM | 104987 |
| VENOM100MM | 104988 |
| VENOM100MM | 104990 |
| VENOM100MM | 104993 |
| VENOM100MM | 104994 |
| VENOM150MM | 102585 |
| VENOM150MM | 102625 |
| VENOM150MM | 102635 |
| VENOM150MM | 102636 |
| MULTIGEN2 | 1711602623 |
| MONOPOLAR | NA |
| MULTIGEN2 | 101438 |
| MULTIGEN2 | 101439 |
| MULTIGEN2 | 101514 |
| MULTIGEN2 | 101606 |

Debtor  **Providence Hospital of North Houston LLC**                    Case number (if known) _____

Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Cardinal Health** | Describe debtor's property that is subject to a lien | $84,974.08 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All business assets**

**7000 Cardinal Place**
**Dublin POH 43017**

Creditor's mailing address

**Describe the lien**

**Assets in possession of UMMC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3220**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. Independent Financial**

---

| 2.4 | **FM 1960 Medical Village II, LP** | Describe debtor's property that is subject to a lien | $559,770.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**5037B FM 2920**
**Spring, TX 77388**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. Independent Financial**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

Debtor **Providence Hospital of North Houston LLC**                    Case number (if known) _____
        _____
        Name

| | | | | |
|---|---|---|---|---|
| 2.5 | **FM 1960 Medical Village II, LP** | Describe debtor's property that is subject to a lien | $3,163,896.58 | $0.00 |
| | Creditor's Name | **A/R, business property, revenue or income or collections in any other assets of the hospital** | | |
| | **5037B FM 2920 Spring, TX 77388** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Loan Agreement for Original Buildout** | | |

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
   **1.   Independent Financial**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **GenProbe Instruments** | Describe debtor's property that is subject to a lien | $64,950.00 | $0.00 |
| | Creditor's Name | **Panther Instrument System Asset Number 549612** | | |
| | **10210 Genetic Center San Diego, CA 92121** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Asset in possession of UMMC** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
   **1.   Independent Financial**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.7 | **Highland Capital Corporation** | Describe debtor's property that is subject to a lien | $295,000.00 | $80,000.00 |
| | Creditor's Name | **Used Toshiba Prime 80 Slice CT** | | |
| | **5 Center Ave Little Falls, NJ 07424** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Lease Agreement assumed by Community ER, LLC** | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D               Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**               page 3 of 8

Debtor  **Providence Hospital of North Houston LLC**                          Case number (if known) _____

Name

**Last 4 digits of account number**

**2791**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Independent Financial** | **Describe debtor's property that is subject to a lien** | $3,901,846.20 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**formerly Independent Bank**
**PO Box 3035**
**McKinney, TX 75070**

Creditor's mailing address

**All A/R, furniture, fixtures, equipment, inventory, chattel paper, general intangibles**

**Describe the lien**

**Security Agreement; ASSETS IN POSSESION OF UMMC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0541**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Cardinal Health** | |

---

| 2.9 | **Independent Financial** | **Describe debtor's property that is subject to a lien** | $265,863.56 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**formerly Independent Bank**
**PO Box 3035**
**McKinney, TX 75070**

Creditor's mailing address

**All A/R, furniture, fixtures, equipment, inventory, chattel paper, general intangibles**

**Describe the lien**

**Security Agreement; ASSETS IN POSSESION OF UMMC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4023**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **1. Cardinal Health** | |

---

| 2.10 | **M2 Lease Funds, LLC** | **Describe debtor's property that is subject to a lien** | $35,115.10 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Providence Hospital of North Houston LLC**          Case number (if known) _____

_____
Name

| | |
|---|---|
| Creditor's Name | **NeuroStar TMS System 2.0; Item No.** |
| **175 N. Patrick Blvd., Ste 140** | **81-61000-000X** |
| **Brookfield, WI 53045** | **ASSET IN POSSESSION OF UMMC** |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Lease Agreement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0307** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.1 1 | | | | |
|---|---|---|---|---|
| | **Ortho-Clinical Diagnostics, Inc.** | Describe debtor's property that is subject to a lien | $26,988.28 | $0.00 |
| | Creditor's Name | **VITROS 5600Integrated System J#56002726; Serial #56002726** | | |
| | **1001 US Highway 202** | **ASSET SOLD TO UMMC** | | |
| | **Raritan, NJ 08869** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Service Agreement; ASSETS IN POSSESION OF UMMC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **5294** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.1 2 | | | | |
|---|---|---|---|---|
| | **Providence ER of Northwest, PLLC** | Describe debtor's property that is subject to a lien | $1,681,926.85 | $0.00 |
| | Creditor's Name | **A/R, business property, revenue or income or collecitons in any other assets of the hospital** | | |
| | **5037-B FM 2920** | | | |
| | **Spring, TX 77388** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Line of Credit Agreement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☐ No | | |
| | Creditor's email address, if known | ■ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Providence Hospital of North Houston LLC**

Case number *(if known)*

Name

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Rad Leasing Company II LP** | Describe debtor's property that is subject to a lien | $991,094.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3.0 Mako Rio Robotic Arm Standard System
ASSET IN POSSESION OF UMMC**

**5037 B FM 2920
Spring, TX 77388**

Creditor's mailing address

**Describe the lien**

**Leased Equipment**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Texas Radiology Associates, P.A.** | Describe debtor's property that is subject to a lien | $1,628,959.68 | $874,469.31 |
|---|---|---|---|---|

Creditor's Name

**Titan High Yield MRI, Aquillion Prime CT
Scan, Toshiba Radiology System, Toshiba
Aplio Ultrasound, Toshiba Aquillion CT
Scanner, Toshiba Aplio Transesophageal**

**5037B FM 2920
Spring, TX 77388**

Creditor's mailing address

**Describe the lien**

**Leased Equipment; ASSETS IN POSSESION
OF UMMC**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**06/01/19**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **Toshiba Medical Systems** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Providence Hospital of North Houston LLC**                     Case number (if known) _____

Name

Creditor's Name

**Toshiba Infinix Elite Cardiovascular 5-Axis C-Arm Floor-mounted System complete with all attachments and accessories**
**\*Part of Canon Financial Services Master Lease; See 2.1**

**2441 Michelle Dr**
**Tustin, CA 92780**

Creditor's mailing address

Describe the lien

**Lease Agreement; ASSETS IN POSSESION OF UMMC**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
**2003**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 6 | **VasoHealthcare IT Corp.** | Describe debtor's property that is subject to a lien | $722,730.73 | $48,824.37 |
|---|---|---|---|---|

Creditor's Name

**IT Server Equipment**

**4710 Eisenhower Blvd.**
**Tampa, FL 33634**

Creditor's mailing address

Describe the lien

**Service Agreement**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 7 | **Zimmer US, Inc.** | Describe debtor's property that is subject to a lien | $27,790.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3-ATS 4000**
**ASSET IN POSSESION OF UMMC**

**200 West Ohio Ave**
**Dover, OH 44622**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 8

Debtor   **Providence Hospital of North Houston LLC**                Case number (if known) _____
          Name

**Last 4 digits of account number**
**4946**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1.  Independent Financial**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$13,485,906.64** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Canon Financial Services, Inc.**<br>**c/o Padfield & Stout, LLP**<br>**1136 N. Kirkwood Rd**<br>**Houston, TX 77043** | Line  2.1 | |
| **Canon Medical Systems USA, inc.**<br>**c/o Padfield & Stout, LLP**<br>**1136 N. Kirkwood Rd**<br>**Houston, TX 77043** | Line  2.2 | |
| **M2 Lease Funds, LLC**<br>**c/o Davis Kuelthau, S.C.**<br>**11 E. Kilbourn Ave., Ste 1400**<br>**Milwaukee, WI 53202** | Line  2.10 | |
| **Toshiba Medical Systems**<br>**c/o Padfield & Stout**<br>**1136 N. Kirkwood Rd**<br>**Houston, TX 77043** | Line  2.15 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 8

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Providence Hospital of North Houston LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1960 Physician Associates**<br>**837 FM Cypress Creek Ste 105**<br>**Houston, TX 77090**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$603,610.37** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AADCO Medical, Inc.**<br>**PO Box 410**<br>**Randolph, VT 05060**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,956.05** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Abbott Laboratories**<br>**22400 Network Place**<br>**Chicago, IL 60673-1224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,738.15** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Abbott Vascular**<br>**75 Remittance Dr Ste 1138**<br>**Chicago, IL 60675-1138**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,595.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                23329                Best Case Bankruptcy

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,327.48** |
|---|---|---|---|

**Ability Network, Inc.**
**PO Box 856015**
**Minneapolis, MN 55485-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Accountable Healthcare Staffing, Inc.**
**c/o Jon Totz**
**Totz Ellison & Totz, P.C.**
**2211 Norfolk, Suite 510**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,670.32** |
|---|---|---|---|

**Acumed LLC**
**7995 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,348.77** |
|---|---|---|---|

**Aesculap Implant Systems, LLC**
**PO Box 780391**
**Philadelphia, PA 19178-0391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,465.06** |
|---|---|---|---|

**Aetna, Inc.**
**PO Box 784836**
**Philadelphia, PA 19178-4836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,779.72** |
|---|---|---|---|

**AFLAC**
**1932 Wynnton Rd**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,784.00** |
|---|---|---|---|

**Allergan USA, Inc.**
**12975 Collections Center Dr**
**Chicago, IL 60693-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Providence Hospital of North Houston LLC**
Name     Case number *(if known)*

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Allergan USA, Inc.**
**12975 Collections Center Dr**
**Chicago, IL 60693-0129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$44,329.14**

---

3.13 **Nonpriority creditor's name and mailing address**
**Allosource**
**PO Box 801020**
**Kansas City, MO 64180-1020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,305.00**

---

3.14 **Nonpriority creditor's name and mailing address**
**Amazon Capital Services**
**PO Box 035184**
**Seattle, WA 98124-5184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,013.80**

---

3.15 **Nonpriority creditor's name and mailing address**
**AMB Services, Inc.**
**22203 N Lake Village Dr**
**Katy, TX 77450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,894.81**

---

3.16 **Nonpriority creditor's name and mailing address**
**Ambiorix, LLC**
**PO Box 620**
**Toledo, OH 43697**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,000.00**

---

3.17 **Nonpriority creditor's name and mailing address**
**American College of Radiology**
**1891 Preston White Dr**
**Reston, VA 20191**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,260.00**

---

3.18 **Nonpriority creditor's name and mailing address**
**American Elevator Inspections**
**PO Box 2709**
**Baytown, TX 77522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$435.00**

---

Debtor   **Providence Hospital of North Houston LLC**                Case number *(if known)*
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.33 |
|---|---|---|---|

**American Proficiency Institute**
**Department 9526**
**PO Box 30516**
**Lansing, MI 48909-8016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.25 |
|---|---|---|---|

**American Surgical Development**
**19820 N 7th Ave, Ste 230**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,344.66 |
|---|---|---|---|

**AmkaiSolutions**
**555 NorthPoint Center East**
**Ste 300**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.95 |
|---|---|---|---|

**Angiodynamics, Inc.**
**PO Box 1549**
**Albany, NY 12201-1549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Applied Stattistics & Management, Inc.**
**PO Box 2738**
**Temecula, CA 92593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,369.35 |
|---|---|---|---|

**Aquarium Creations**
**16753 Donwick Dr Ste C7-C8**
**Conroe, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $974.28 |
|---|---|---|---|

**ArbiMed Inc.**
**6229 Theall Rd Ste C**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Providence Hospital of North Houston LLC**      Case number *(if known)*
     Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,981.98 |
|---|---|---|---|
| | **Arrow International, Inc.** | ☐ Contingent | |
| | **PO Box 60519** | ☐ Unliquidated | |
| | **Charlotte, NC 28260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,684.62 |
|---|---|---|---|
| | **Arthrex, Inc.** | ☐ Contingent | |
| | **PO Box 403511** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-3511** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,464.00 |
|---|---|---|---|
| | **Asahi Intec USA, Inc.** | ☐ Contingent | |
| | **3002 Dow Ave., Ste 212** | ☐ Unliquidated | |
| | **Tustin, CA 92780** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,342.04 |
|---|---|---|---|
| | **Ascend National LLC** | ☐ Contingent | |
| | **5380 W 34th St #288** | ☐ Unliquidated | |
| | **Houston, TX 77092** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.00 |
|---|---|---|---|
| | **Authorized Inspection Assoc.** | ☐ Contingent | |
| | **14531 FM 529 Ste 135** | ☐ Unliquidated | |
| | **Houston, TX 77095** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,857.05 |
|---|---|---|---|
| | **Avanos Medical Sales, LLC** | ☐ Contingent | |
| | **PO Box 732583** | ☐ Unliquidated | |
| | **Dallas, TX 75373-2583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,350.00 |
|---|---|---|---|
| | **Avant Solutions** | ☐ Contingent | |
| | **29015 Japonica** | ☐ Unliquidated | |
| | **San Antonio, TX 78260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Axis Neuromonitoring, LLC**
**c/o William J. Garrison**
**Garrison P.C.**
**4514 Cole Ave., Suite 600**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.63** |
|---|---|---|---|

**BBC Biochemical**
**PO Box 1320**
**Mount Vernon, WA 98273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,207.37** |
|---|---|---|---|

**BeaconMedaes**
**Dept. 3234 (Lockbox)**
**PO Box 123234**
**Dallas, TX 75312-3234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Behavioral Health Connections**
**Attn:  Accounting**
**6500 Hornwood Dr**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,639.87** |
|---|---|---|---|

**Bell Medical, Inc.**
**PO Box 771470**
**Saint Louis, MO 63177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,860.00** |
|---|---|---|---|

**Best Choice Anesthesia and Pain Services**
**7010 Chapions Placa Dr #300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,786.19** |
|---|---|---|---|

**BKD LLP**
**510 N Valley Mills Dr Ste 200**
**Waco, TX 76710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Providence Hospital of North Houston LLC__
Name

Case number (if known) _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,803.67 |
|------|---|---|---|

**Boston Scientific Corporation**
PO Box 205651
Dallas, TX 75320-5651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,981.23 |
|------|---|---|---|

**Bracco Diagnostics, Inc.**
PO Box 978952
Dallas, TX 75397-8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.24 |
|------|---|---|---|

**Buckeye Cleaning Center**
16420 W Hardy Rd Ste 150
Houston, TX 77060-6243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,469.41 |
|------|---|---|---|

**C.R. Bard Inc.**
PO Box 75767
Charlotte, NC 28275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,043.78 |
|------|---|---|---|

**Campos, Jose**
3913 Mossy Oaks Rd E
Spring, TX 77389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $467.48 |
|------|---|---|---|

**Canon Financial Services, Inc.**
1000 Howard Blvd., Ste 103
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,312.54 |
|------|---|---|---|

**Canon Medical Systems USA, Inc.**
PO Box 775220
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Providence Hospital of North Houston LLC**          Case number *(if known)* _____
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$118,814.96** |
|---|---|---|---|

**Canon Medical Systems USA, Inc.**
PO Box 775220
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,917.42** |
|---|---|---|---|

**Canon Medical Systems USA, Inc.**
PO Box 775220
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,633.43** |
|---|---|---|---|

**Canon Medical Systems USA, Inc.**
PO Box 775220
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$604.39** |
|---|---|---|---|

**Canon Medicaly Systems US, Inc.**
PO Box 775220
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,265.01** |
|---|---|---|---|

**Cardinal Health**
c/o Bank of America Lockbox
5303 Collections Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,974.08** |
|---|---|---|---|

**Cardinal Health Medical Products & Svcs**
PO Box 730112
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,722.05** |
|---|---|---|---|

**Cardiovascular Systems, Inc.**
 Dept. CH 19348
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Providence Hospital of North Houston LLC**        Case number *(if known)* _____

       Name

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$425,599.40** |
| | **Cerner Corporation**<br>**PO Box 959156**<br>**Saint Louis, MO 63195-9156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$30,620.08** |
| | **Change Healthcare, LLC**<br>**3055 Lebanon Pike**<br>**Nashville, TN 37214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$495.00** |
| | **Checkpoint Surgical**<br>**22901 Millcreek Blvd, Ste 360**<br>**Beachwood, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$4,171.00** |
| | **COLA**<br>**9881 Broken Land Pkwy Ste 200**<br>**Columbia, MD 21046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$2,820.81** |
| | **College of American Pathologists**<br>**PO Box 71698**<br>**Chicago, IL 60694-1698** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$7,679.12** |
| | **CompuGroup Medical US**<br>**10065 Red Run Blvd Ste 150**<br>**Owings Mills, MD 21117-5566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$13,037.66** |
| | **Cook Medical**<br>**22988 Network Place**<br>**Chicago, IL 60673-1229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Providence Hospital of North Houston LLC**      Case number *(if known)* _____

    Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.90 |
|---|---|---|---|
| | **Cooper Surgical, Inc.**<br>**PO Box 712280**<br>**Cincinnati, OH 45271-2280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197,267.18 |
|---|---|---|---|
| | **CPSI**<br>**PO Box 850309**<br>**Mobile, AL 36685-0309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $620,405.19 |
|---|---|---|---|
| | **Craneware, Inc.**<br>**po Box 934241**<br>**Atlanta, GA 31193-4241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $578.00 |
|---|---|---|---|
| | **DCIDS Tissue Bank**<br>**1600 Hayes St Ste 300**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,232.13 |
|---|---|---|---|
| | **DePuySynthes**<br>**1302 Wrights Lane East**<br>**West Chester, PA 19380** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $389.70 |
|---|---|---|---|
| | **Discount Print**<br>**10730 Barker Cypress Rd Ste C**<br>**Cypress, TX 77433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,277.12 |
|---|---|---|---|
| | **Diversatek Healthcare, Inc.**<br>**27270 Network Place**<br>**Chicago, IL 60630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    **Providence Hospital of North Houston LLC**

Name

Case number *(if known)*

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,203.77 |
|---|---|---|---|

**DJO Surgical**
**PO Box 660125**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Dozier, Jeremy**
**17811 N Ble Heron Cir**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $844.32 |
|---|---|---|---|

**Echo Communications, Inc.**
**12703 Veterans Memorial Dr Ste 200**
**Houston, TX 77014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $229,648.20 |
|---|---|---|---|

**Enhanced Revenue Solutions LLC**
**25700 I45 North Ste 120**
**Spring, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,455.00 |
|---|---|---|---|

**Enterprise Laboratory Conultation, LLC**
**3157 Shoreline Dr**
**Burleson, TX 76028-8312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**eVisit**
**1201 S. Alma School Rd, Ste 15500**
**Mesa, AZ 85210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157,046.22 |
|---|---|---|---|

**Experian Health, Inc.**
**c/o Experian**
**PO Box 886133**
**Los Angeles, CA 90088-6133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Providence Hospital of North Houston LLC**                                    Case number *(if known)* _____
_____
Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
|---|---|---|---|

**FedEx Freight Dept. Ch**
PO Box 10306
Palatine, IL 60055-0306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,080.00 |
|---|---|---|---|

**Fidia Pharma USA**
PO Box 10341
Uniondale, NY 11555-1034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,434.42 |
|---|---|---|---|

**Filter Technology**
9018-B Sranton
Houston, TX 77075

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,224.64 |
|---|---|---|---|

**Fire Safe Protection Services, LP**
PO Box 1759, Dept 620
Houston, TX 77251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,062.00 |
|---|---|---|---|

**Fisher & Phillips LLP**
1075 Peach Tree St NE
Ste 3500
Atlanta, GA

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $518.25 |
|---|---|---|---|

**Fisher Healthcare Acct #075180-001**
PO Box 404705
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**FM 1960 Medical Village II LP**
20320 Northwest Frwy, Ste 900
Houston, TX 77065

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Providence Hospital of North Houston LLC**                         Case number *(if known)* _____
         Name

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $640,750.00 |
|---|---|---|---|

**Fortis Surgical Solutions, LLC**
**7219 Emerald Glen Dr**
**Sugar Land, TX 77479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94.02 |
|---|---|---|---|

**FP Mailing Solutions**
**140 N Mitchell Ct Ste 200**
**Addison, IL 60101-5624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,894.69 |
|---|---|---|---|

**Fresenius Medical Care**
**Houston Acutes**
**North 16343 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $362.50 |
|---|---|---|---|

**Gary E. Patterson, PC**
**PO Box 52159**
**Houston, TX 77052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $663.00 |
|---|---|---|---|

**GCS Backflow Services, Inc.**
**8524 Highway 6 North #274**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,422.59 |
|---|---|---|---|

**GE Healhtcare**
**PO Box 640200**
**Pittsburgh, PA 15264-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,066.58 |
|---|---|---|---|

**Genzyme Corporation**
**62665 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Providence Hospital of North Houston LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,929.12 |
|---|---|---|---|

**Getinge USA Sales, LLC**
PO Box 775436
Chicago, IL 60677-5436

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.49 |
|---|---|---|---|

**GI Supply, Inc.**
PO Box 45730
Baltimore, MD 21297-5730

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,025.66 |
|---|---|---|---|

**Globonics LLC**
337 Garden Oaks Blvd #64830
Houston, TX 77018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,365.82 |
|---|---|---|---|

**Gold Standard Diagnostics Corp.**
PO Box 11407
Dept #5907
Birmingham, AL 35202-1407

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.40 |
|---|---|---|---|

**Grainger**
Dept 886535853
PO Box 419267
Kansas City, MO 64141-6267

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.50 |
|---|---|---|---|

**Guardian Safe & Lock**
28155 Tomball Pkwy, Ste 6B
Tomball, TX 77375

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,749.50 |
|---|---|---|---|

**Gulf Coast Regional Blood Center**
Attn:  Elaine Gumabong
1400 La Concordia
Houston, TX

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Providence Hospital of North Houston LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|

Harris County Clerk
201 Caroline St, 4th Fl
Room 460
Houston, TX 77002

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.04 |
|---|---|---|---|

HDP Investments, Inc.
921 Cypress Creek Pkwy, Ste 122
Houston, TX 77090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,685.86 |
|---|---|---|---|

HealthStream, Inc.
PO Box 102817
Atlanta, GA 30368-2817

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,841.26 |
|---|---|---|---|

Healthtronics Mobile Solutions
PO Box 95333
Grapevine, TX 76099

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $386,299.80 |
|---|---|---|---|

Henry Schein, Inc.
Dept CH 10241
Palatine, IL 60055-0241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,368.65 |
|---|---|---|---|

Henry Schein, Inc.
Dept CH 10241
Palatine, IL 60055

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,456.42 |
|---|---|---|---|

Houston Endoscopic Solutions
220 Barren Springs Dr. #14
Houston, TX 77090

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Providence Hospital of North Houston LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,702.50 |
|---|---|---|---|

**Hunter Pharmacy Services**
PO Box 30573
Austin, TX 78755

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,551.10 |
|---|---|---|---|

**iMedical, inc.**
1153 SE Century Dr
Lees Summit, MO 64081

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,208.44 |
|---|---|---|---|

**Innovative Office Machine Repair**
17422 Edenway Dr #100
Spring, TX 77379

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,066.39 |
|---|---|---|---|

**Integra Lifesciences**
PO Box 404129
Atlanta, GA 30384-4129

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,850.75 |
|---|---|---|---|

**Invivo Corporation**
PO Box 100355
Atlanta, GA 30384-0355

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,270.21 |
|---|---|---|---|

**iRCODER**
3355 Lenox Rd Ste 242
Atlanta, GA 30326-1332

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,180.28 |
|---|---|---|---|

**J&J Healthcare Systems, Inc.**
PO Box 406663
Atlanta, GA 30384-6663

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Providence Hospital of North Houston LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,573.66 |
|---|---|---|---|
| | **Jason's Deli**<br>**PO Box 4869**<br>**Dept 271**<br>**Houston, TX 77210-4869** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,520.00 |
|---|---|---|---|
| | **Joint Restoration Foundation**<br>**PO Box 845549**<br>**Kansas City, MO 64184-3549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $712.50 |
|---|---|---|---|
| | **Kentech, Inc.**<br>**PO Box 3022**<br>**Humble, TX 77347** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $828.01 |
|---|---|---|---|
| | **Key Surgical, Inc.**<br>**Attn:  Accounts Receivable**<br>**PO Box 74809**<br>**Chicago, IL 60690-7211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $485.57 |
|---|---|---|---|
| | **Label Arts, LLC dba Labelmart**<br>**PO Box 775218**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,229.85 |
|---|---|---|---|
| | **Language Line Services, Inc.**<br>**PO Box 202564**<br>**Dallas, TX 75320-2564** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $815.00 |
|---|---|---|---|
| | **Lighthouse Services, Inc.**<br>**1710 Walton Rd Ste 204**<br>**Blue Bell, PA 19422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,334.11** |
|---|---|---|---|

**LipoSales**
**170-9 Central Ave**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$438.41** |
|---|---|---|---|

**Lone Star Communications**
**4210 South Dr**
**Houston, TX 77053-4811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.92** |
|---|---|---|---|

**LSI Solutions, Inc.**
**PO Box 205099**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$642.98** |
|---|---|---|---|

**Luby's Fuddruckers Restaurants, LLC**
**PO Box 202183**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,932.21** |
|---|---|---|---|

**Mahendru, PC**
**639 Heights Blvd**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,992.76** |
|---|---|---|---|

**Maine Standards**
**221 US Route 1**
**Cumberland Foreside, ME 04410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,000.00** |
|---|---|---|---|

**Mako Surgical Corp.**
**2555 Davie Rd.**
**Fort Lauderdale, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Providence Hospital of North Houston LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,856.15 |
|---|---|---|---|
| | **Mangini-Lakhia Pathology Laboratory** | ☐ Contingent | |
| | **1140 Business Center Dr, Ste 370** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,353.00 |
|---|---|---|---|
| | **MBB Neuromonitoring** | ☐ Contingent | |
| | **Vilma Wheeler** | ☐ Unliquidated | |
| | **4708 Plum Forest Rd** | ☐ Disputed | |
| | **Houston, TX 77084** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $953.63 |
|---|---|---|---|
| | **McKesson Medical Surgical** | ☐ Contingent | |
| | **PO Box 660266** | ☐ Unliquidated | |
| | **Marietta, TX 75566-0266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,950.77 |
|---|---|---|---|
| | **McKesson Medical Surgical** | ☐ Contingent | |
| | **PO Box 660266** | ☐ Unliquidated | |
| | **Dallas, TX 75266** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,249.00 |
|---|---|---|---|
| | **MD Resource Corporation** | ☐ Contingent | |
| | **5981 Graham Ct** | ☐ Unliquidated | |
| | **Livermore, CA 94550** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|
| | **MedGas By Design, LLC** | ☐ Contingent | |
| | **24200 Southwest Fwy Ste 402-261** | ☐ Unliquidated | |
| | **Rosenberg, TX 77471** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $173,600.00 |
|---|---|---|---|
| | **Medical Care of Texas** | ☐ Contingent | |
| | **5037-B FM 2920** | ☐ Unliquidated | |
| | **Spring, TX 77388** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.37** |
| | **Medical Protective**<br>**PO Box 15021**<br>**Fort Wayne, IN 46885-5021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,824.64** |
| | **Medical Solutions LLC**<br>**PO Box 310737**<br>**Austin, TX 78755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,924.27** |
| | **Medivators, Inc.**<br>**NW 9841**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,249.20** |
| | **Medline Industries, Inc.**<br>**Dept. 1080**<br>**PO Box 121080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Medline Industries, Inc.**<br>**c/o Michael S. Baim**<br>**The CKB Firm**<br>**30 North LaSalle St, Ste 1520**<br>**Chicago, IL 60602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,274.94** |
| | **MedSphere Systems Corporation**<br>**135 N Los Robles Ave**<br>**Ste 600**<br>**Pasadena, CA 91101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,522.95** |
| | **Medtronic USA, Inc.**<br>**PO Box 848086**<br>**Dallas, TX 75284-8086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,900.00** |
|---|---|---|---|
| | **MedUSA Group, LLC** | ☐ Contingent | |
| | **17304 Preston Rd, Ste 800** | ☐ Unliquidated | |
| | **Dallas, TX 75252** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,611.50** |
|---|---|---|---|
| | **Merit Medical Systems, Inc.** | ☐ Contingent | |
| | **PO Box 204842** | ☐ Unliquidated | |
| | **Dallas, TX 75320** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,956.48** |
|---|---|---|---|
| | **Merry X-Ray Corporation** | ☐ Contingent | |
| | **4909 Murphy Canyon Rd** | ☐ Unliquidated | |
| | **Ste 120** | ☐ Disputed | |
| | **San Diego, CA 92123** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.68** |
|---|---|---|---|
| | **Mettler-Toledo Rannin, LLC** | ☐ Contingent | |
| | **27006 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1270** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$222.45** |
|---|---|---|---|
| | **MicroAire** | ☐ Contingent | |
| | **Lock Box 96565** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,848.24** |
|---|---|---|---|
| | **Microsoft** | ☐ Contingent | |
| | **One Microsoft Way** | ☐ Unliquidated | |
| | **Redmond, WA 98052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,268.00** |
|---|---|---|---|
| | **Millennium Surgical Corp.** | ☐ Contingent | |
| | **PO Box 775385** | ☐ Unliquidated | |
| | **Chicago, IL 60677-5385** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,052.66** |
|---|---|---|---|

**Mindray DS USA, Inc.**
**24312 Network PL**
**Chicago, IL 60679-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,462.69** |
|---|---|---|---|

**Misonix, Inc.**
**1938 New Highway**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$551.51** |
|---|---|---|---|

**Mizuho Orthopedic Systems, Inc.**
**30031 Ahern Ave**
**Union City, CA 94587-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.84** |
|---|---|---|---|

**Modular Systems & Installation Services**
**11225 Neeshaw**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,086.79** |
|---|---|---|---|

**My Office Products**
**PO Box 32192**
**New York, NY 10087-2192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,240.00** |
|---|---|---|---|

**NeoGenomics Laboratories, Inc.**
**PO Box 864403**
**Orlando, FL 32886-4110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,929.68** |
|---|---|---|---|

**Neuronetics**
**32222 Phoenixville Pke**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,247.86 |
|---|---|---|---|

**Nicka & Associates, Inc.**
**4500 W Wildorado Pkwy, Ste 3400**
**McKinney, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Northside Pathology Group, PLLC**
**510 W Tidwell rd**
**Houston, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Nova Strategic Solutions**
**PO Box 12204**
**Spring, TX 77391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,485.50 |
|---|---|---|---|

**Nuance Communications, Inc.**
**PO Box 7247-6924**
**Philadelphia, PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $890.00 |
|---|---|---|---|

**NuTech, Inc.**
**1301 Clinic Dr**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $940.00 |
|---|---|---|---|

**OHK Medical Device, Inc.**
**2885 Sanford Ave SW #14751**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,795.66 |
|---|---|---|---|

**Olympus America Inc.**
**PO Box 120600**
**Dept. 0600**
**Dallas, TX 75312-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Providence Hospital of North Houston LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address**<br>**Olympus America, Inc.**<br>**Dept. 3595**<br>**PO Box 123595**<br>**Dallas, TX 75312-3595**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$165.49** |

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address**<br>**Omnicell, Inc.**<br>**PO Box 204550**<br>**Dallas, TX 75320-4650**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$746.93** |

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address**<br>**One Stop Print Shop**<br>**3033 Cypress Creek Pkwy**<br>**Houston, TX 77068**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$388.62** |

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address**<br>**Oppor Infrastructure**<br>**4425 Indian Creek Pkwy**<br>**Overland Park, KS 66207**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$5,223.90** |

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address**<br>**Organogenesis, Inc.**<br>**Dept. 2542**<br>**PO Box 122542**<br>**Dallas, TX 75312-2542**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$28,860.00** |

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address**<br>**Orion Laboratory Solutions LLC**<br>**835 E Lamar Blvd #132**<br>**Arlington, TX 76011**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$4,221.75** |

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address**<br>**Ortho Clinical Diagnostics**<br>**PO Box 3655**<br>**Carol Stream, IL 60132-3655**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| | | **$26,988.28** |

Debtor   **Providence Hospital of North Houston LLC**                                    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** |

**Osteomed LLC**
**2241 Collection Center Dr**
**Chicago, IL 60693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,612.18**

---

| | |
|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** |

**Pappa Johns Houston Pizza Venture**
**13131 Champions Dr, Ste 110**
**Houston, TX 77069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$154.68**

---

| | |
|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** |

**ParMed Pharmaceuticals**
**PO Box 90272**
**Chicago, IL 60696-0272**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$5,571.10**

---

| | |
|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** |

**Parts Source**
**PO Box 645186**
**Cincinnati, OH 45264-5186**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$1,517.42**

---

| | |
|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** |

**Patient Choice Coalition**
**PCCOT PO Box 278**
**League City, TX 77574**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$5,000.00**

---

| | |
|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** |

**PegEX**
**5520 Nobel Dr Ste 125**
**Madison, WI 53711**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

| | |
|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** |

**PenRad Technologies, Inc.**
**114 Commerce Circle**
**Buffalo, MN 55313**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$23,500.00**

---

Debtor     **Providence Hospital of North Houston LLC**                        Case number *(if known)* _____
      Name

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,204.80** |
|---|---|---|---|

**PG Lifelink**
**167 Gap Way**
**Erlanger, KY 41018**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$130,943.04** |
|---|---|---|---|

**Phadia US, Inc.**
**PO Box 741760**
**Atlanta, GA 30374-1760**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$117.65** |
|---|---|---|---|

**PharMEDium Services, LLC**
**39797 Treasury Center**
**Chicago, IL 60694-3900**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,872.68** |
|---|---|---|---|

**PHNH Physician Associates, PLLC**
**5037-B FM 2920**
**Spring, TX 77388**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,486.33** |
|---|---|---|---|

**Physician's Alliance of Red Oak**
**5037-B FM 2920**
**Spring, TX 77388**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ **Business personal property included in the 2019 BPP rendition** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900.32** |
|---|---|---|---|

**Praxair Distribution, Inc - 4276**
**PO Box 120812**
**Dept 0812**
**Dallas, TX 75312-0812**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,398.91** |
|---|---|---|---|

**Praxair Distribution, Inc.**
**Dept 0812**
**PO Box 120812**
**Dallas, TX 75312-0812**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Providence Hospital of North Houston LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,819.74** |
|---|---|---|---|
| | **Praxair Distribution, Inc.**<br>**Dept. 0812**<br>**PO Box 120812**<br>**Dallas, TX 75312-0812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,840.54** |
|---|---|---|---|
| | **Praxair Distribution, Inc.**<br>**dept 0812**<br>**PO Box 120812**<br>**Dallas, TX 75312-0812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,145.82** |
|---|---|---|---|
| | **Press Ganey Assoc., Inc.**<br>**Box 88335**<br>**Milwaukee, WI 53288-0335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,621.97** |
|---|---|---|---|
| | **Prince Food Systems, Inc.**<br>**11001 S Wilcrest Dr, Ste 200**<br>**Houston, TX 77099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|
| | **Proficient Services**<br>**1930 Rainy River**<br>**Houston, TX 77088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|
| | **ProHealth Staffing LLC**<br>**PO Box 7064**<br>**San Francisco, CA 94120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,426.02** |
|---|---|---|---|
| | **QIAGEN, Inc.**<br>**PO Box 5132**<br>**Carol Stream, IL 60197-5132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Providence Hospital of North Houston LLC | Case number (if known) | |
|---|---|---|---|
| | | Name | |

---

**3.187** | Nonpriority creditor's name and mailing address

**Radiation Detection Company, Inc.**
3527 Snead Dr
Georgetown, TX 78626

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.02**

---

**3.188** | Nonpriority creditor's name and mailing address

**Reinvent Biologics LLC**
1200 W Fwy Ste 300
Fort Worth, TX 76102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,247.50**

---

**3.189** | Nonpriority creditor's name and mailing address

**Resurgence Healthcare Solutions LLC**
Accounting Department
PO Box 9114

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$987.36**

---

**3.190** | Nonpriority creditor's name and mailing address

**RGIS**
PO Box 77631
Detroit, MI 48277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,668.00**

---

**3.191** | Nonpriority creditor's name and mailing address

**Richard - Alan Scientific Co.**
98194 Collection Center Dr
Chicago, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$49,840.48**

---

**3.192** | Nonpriority creditor's name and mailing address

**Rodom Medical Consulting PA**
1708 Elmen St
Houston, TX 77019

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$600.00**

---

**3.193** | Nonpriority creditor's name and mailing address

**Safeguard Business Systems**
PO Box 88043
Chicago, IL 60680-1043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$125.64**

---

Debtor **Providence Hospital of North Houston LLC**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | **$435.00** |

**Segway Orthopaedics, Inc.**
**5205 Avenida Encinas #C**
**Carlsbad, CA 92006**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | **$1,625.00** |

**SETRAC-SouthEast Texas Regional**
**Advisory**
**Council**
**1111 N. Look West, Ste 160**
**Houston, TX 77008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | **$41,244.04** |

**Seyfarth Shaw LLP**
**3807 Collections Center Dr**
**Chicago, IL 60693**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | **$13.91** |

**Sheta, Essam**
**2903 Barton Ct**
**Pearland, TX 77584**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | **$18,118.17** |

**Siemens Medical Solutions USA, Inc.**
**PO Box 120001 - Dept. 0733**
**Dallas, TX 75312-0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | **$691.00** |

**Simpex Medical**
**PO Box 963**
**Jefferson, SC 29718**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | **$6,000.00** |

**SJ Associated Pathologists**
**PO Box 420150**
**Houston, TX 77242-0150**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Providence Hospital of North Houston LLC**                     Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address**<br>**Skye Orthobiologics**<br>**2255 Campus Dr**<br>**El Segundo, CA 90245**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,060.00** |
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**Smith & Nephew, Inc.**<br>**PO Box 205651**<br>**Dallas, TX 75320-5651**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$81,958.78** |
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**Solstice Corporation**<br>**PO Box 1177**<br>**Portland, ME 04104**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$576.00** |
| 3.204 | **Nonpriority creditor's name and mailing address**<br>**Southwest Regional PCR, LLC**<br>**9161 Narcoossee Rd Ste 202**<br>**Orlando, FL 32827**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,400.00** |
| 3.205 | **Nonpriority creditor's name and mailing address**<br>**SPBS, Inc.**<br>**4431 Long Prairie Rd Ste 100**<br>**Flower Mound, TX 75028**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,820.08** |
| 3.206 | **Nonpriority creditor's name and mailing address**<br>**Staples Business Credit**<br>**PO Box 105638**<br>**Atlanta, GA 30348-5638**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$121.85** |
| 3.207 | **Nonpriority creditor's name and mailing address**<br>**StatLab Medical Products**<br>**PO Box 678056**<br>**Dallas, TX 75267-8056**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,381.44** |

Debtor   **Providence Hospital of North Houston LLC**                             Case number (if known) _____
_____
Name

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333.83 |
|---|---|---|---|

**STERIS Corporation**
**PO Box 676548**
**Dallas, TX 75267-6548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,988.22 |
|---|---|---|---|

**Stryker Instruments**
**PO Box 70119**
**Chicago, IL 60673-0119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520,878.75 |
|---|---|---|---|

**Stryker Orthopaedics**
**Box 93213**
**Chicago, IL 60673-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,054.48 |
|---|---|---|---|

**Stryker Sales Corp.**
**PO Box 93276**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,464.34 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Superior Laboratory Services**
**1710 Preston Road, Ste A**
**Pasadena, TX 77503-2901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.96 |
|---|---|---|---|

**Surgical Notes**
**3100 Monticello Ave Ste 450**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00** |
|---|---|---|---|

**Surgilogix**
**11503 NW Military Hwy Bldg 400**
**Ste 307**
**San Antonio, TX 78231-1884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,381.50** |
|---|---|---|---|

**SutureExpress**
**PO Box 842806**
**Kansas City, MO 64184-2806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,732.26** |
|---|---|---|---|

**TD Industries, Inc.**
**PO Box 300008**
**Dallas, TX 75303-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,290.57** |
|---|---|---|---|

**Teleflex Medical**
**PO Box 601608**
**Charlotte, NC 28260-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,426.15** |
|---|---|---|---|

**Terumo Medical Corporation**
**PO Box 841733**
**Dallas, TX 75284-1733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.22** |
|---|---|---|---|

**Texas AirSystems, LLC**
**6029 West Campus Cir Dr**
**Ste 100**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,535.00** |
|---|---|---|---|

**Texas Dept. of State Health**
**Architectural Review Group**
**PO Box 149347**
**Austin, TX 78714-9347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Providence Hospital of North Houston LLC**                          Case number *(if known)* _____

   Name

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Texas Lithotripsy LP VIII**
**PO Box 953333**
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,651.14** |
|---|---|---|---|

**Texas Medicaid & Healthcare Partnership**
**Accounts Receivable**
**PO Box 202948**
**Austin, TX 78720-2948**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$871.40** |
|---|---|---|---|

**The Bug Stoppers**
**PO Box 8998**
**Spring, TX 77387-8998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,553.67** |
|---|---|---|---|

**ThyssenKrupp Elevator Corp.**
**PO Box 933004**
**Atlanta, GA 31193-3004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,455.00** |
|---|---|---|---|

**Tissue Regenix Wound Care, Inc.**
**PO Box 841379**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Titan Spine**
**6410 West Executive Dr Ste A**
**Thiensville, WI 53092**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,364,746.52** |
|---|---|---|---|

**TMMS Staffing, LLC**
**5037-B FM 2920**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                      **Schedule E/F: Creditors Who Have Unsecured Claims**                      **Page 33 of 38**

Debtor   **Providence Hospital of North Houston LLC**
_____   Case number *(if known)* _____
Name

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,850.41** |
|---|---|---|---|

**Tornier, Inc.**
**PO Box 4631**
**Houston, TX 77210-4631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,800.00** |
|---|---|---|---|

**Tri-State Lithotripay III, L.P.**
**PO Box 2062**
**Pampa, TX 79066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,850.00** |
|---|---|---|---|

**Tritin Medical Distribution**
**9 Medical Pkwy, Ste 108**
**Dallas, TX 75234-7868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.45** |
|---|---|---|---|

**TWI Service, Inc.**
**PO Box 520117**
**Longwood, FL 32752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$821.50** |
|---|---|---|---|

**TZ Medical, Inc.**
**17750 SW Upper Bones Ferry Rd**
**Ste 150**
**Portland, OR 97224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,157.97** |
|---|---|---|---|

**ULINE**
**Attn:  Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,878.01** |
|---|---|---|---|

**Ultimate Biomedical Solution LLC**
**6315B FM 1488 Rd #138**
**Magnolia, TX 77354-2526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Ultimate Medical Services, Inc.**
**6004 Hwy 90 East**
**Lake Charles, LA 70615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237.87** |
|---|---|---|---|

**USMED-EQUIP**
**PO Box 41321**
**Houston, TX 77241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$722,730.73** |
|---|---|---|---|

**VasoHealthcareIT Corp.**
**4710 Eisenhower Blvd Ste E-8**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Venture Development**
**200 Medical Dr Ste C1A**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,435.08** |
|---|---|---|---|

**Vista Printing**
**395 Olive Ave**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,651.98** |
|---|---|---|---|

**Viventi Med, LLC**
**5037-B FM 2920**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,692.00** |
|---|---|---|---|

**W.L. Gore & Assoc., Inc.**
**PO Box 751331**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Providence Hospital of North Houston LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,438.14** |
| --- | --- | --- | --- |
| | **Wells Johnson Company**<br>**PO Box 18230**<br>**Tucson, AZ 85731-8230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,381.39** |
| --- | --- | --- | --- |
| | **Werfen USA LLC**<br>**PO Box 347934**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,945.00** |
| --- | --- | --- | --- |
| | **Wound Care Innovations, LLC**<br>**1200 Summit Ave, Ste 414**<br>**Fort Worth, TX 76102-4407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,179.54** |
| --- | --- | --- | --- |
| | **Wright Medical Technology, Inc.**<br>**PO Box 503482**<br>**Saint Louis, MO 63150-3482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$634.13** |
| --- | --- | --- | --- |
| | **Z-Medica, LLC**<br>**PO Box 412344**<br>**Boston, MA 02241-2344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
| --- | --- | --- | --- |
| | **Zavation Medical Products, LLC**<br>**220 Lakeland Pkwy**<br>**Flowood, MS 39232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,790.66** |
| --- | --- | --- | --- |
| | **Zimmer**<br>**PO Box 840166**<br>**Dallas, TX 75284-0166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,865.00 |
|---|---|---|---|

**Zimmer Knee Creations**
**14235 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AMB Services, Inc.**<br>**c/o Wong Fleming**<br>**77 Sugar Creek Center Blvd Ste 401**<br>**Sugar Land, TX 77478** | Line __3.15__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Change Healthcare, LLC**<br>**c/o Rauch-Milliken International, Inc.**<br>**4400 Trenton St**<br>**Metairie, LA 70006** | Line __3.55__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Fortis Surgical Solutions**<br>**c/o Stromberg Stock PLLC**<br>**8750 North Central Expressway, Suite 625**<br>**Dallas, TX 75231** | Line __3.82__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Globonics, LLC**<br>**c/o Kara Stauffer**<br>**Alvarez Stauffer Bremer PLLC**<br>**815 Walker St., Suite 1450**<br>**Houston, TX 77002** | Line __3.91__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Henry Schein, Inc.**<br>**c/o Freedman & Price, P.C.**<br>**1102 West Ave., Ste 200**<br>**Austin, TX 78701** | Line __3.100__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Hunter Pharmacy Services, Inc.**<br>**c/o Aaron Charles de la Garza**<br>**Aaron C. De La Garza, PLLC**<br>**509 West 18th St**<br>**Austin, TX 78701** | Line __3.103__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Medsphere Systems Corporation**<br>**c/o Jon Stenquist**<br>**Parsons Behle & Latimer**<br>**350 Memorial Dr., Ste 300**<br>**Idaho Falls, ID 83402** | Line __3.136__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Neuronetics**<br>**c/o Javitch Block LLC**<br>**1100 Superior Ave., 19th FL**<br>**Cleveland, OH 44114** | Line __3.151__<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Providence Hospital of North Houston LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Prince Food Systems, Inc.**<br>**c/o Barry Heslop**<br>**1111 Heights Blvd.**<br>**Houston, TX 77008** | Line  **3.183**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Vista Printing**<br>**c/o Wells & Cueller**<br>**440 Louisiana, Ste 718**<br>**Houston, TX 77002** | Line  **3.240**<br><br>☐  Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,020,840.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,020,840.37 |

**Fill in this information to identify the case:**

Debtor name **Providence Hospital of North Houston LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease with various scheduled equipment** | |
| | State the term remaining | **4 to 44 months** | **Canon Financial Services, Inc.** <br> **158 Gaither Dr** <br> **Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **MOU/Bill of Sale** | |
| | State the term remaining | **49 months** | **Doctor's Hospital 1997 LP** <br> **dba United Memorial Medical Center** <br> **510 W Tidwell Rd** <br> **Houston, TX 77091** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for Robotic Arm** | |
| | State the term remaining | **44 months** | **Rad Leasing Company II LP** <br> **5037 B FM 2920** <br> **Spring, TX 77388** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for Radiology Equipment for Titan High Yield MRI, Aquillion Prime CT Scan, Toshiba Radiology System, Toshiba Aplio Ultrasound, Toshiba Aquillion CT Scanner, Toshiba Aplio Transesophageal** | **Texas Radiology Associates, P.A.** <br> **5037B FM 2920** <br> **Spring, TX 77388** |
| | State the term remaining | **21 months** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Providence Hospital of North Houston LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement for Toshiba Infinix Elite Cardiovascular 5-Axis C-Arm Floor-mounted System complete with all attachments and accessories** | |
|---|---|---|---|
| | State the term remaining | **29 months** | **Toshiba Medical System** |
| | List the contract number of any government contract | _____ | **2441 Michelle Dr** **Tustin, CA 92780** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Providence Hospital of North Houston LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1960 Family Practice, P.A.** | **5037-B FM 2920 Spring, TX 77388** | **Independent Financial** | ■ D   **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **1960 Family Practice, P.A.** | **5037-B FM 2920 Spring, TX 77388** | **M2 Lease Funds, LLC** | ■ D   **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **1960 Family Practice, P.A.** | **5037-B FM 2920 Spring, TX 77388** | **Henry Schein, Inc.** | ☐ D _____ <br> ■ E/F   **3.100** <br> ☐ G _____ |
| 2.4 | **1960 Family Practice, P.A.** | **5037-B FM 2920 Spring, TX 77388** | **Change Healthcare, LLC** | ☐ D _____ <br> ■ E/F   **3.55** <br> ☐ G _____ |
| 2.5 | **1960 Family Practice, P.A.** | **5037-B FM 2920 Spring, TX 77388** | **Independent Financial** | ■ D   **2.9** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Providence Hospital of North Houston LLC**                                  Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **1960 Family Practice, P.A.** | 5037-B FM 2920 Spring, TX 77388 | **Henry Schein, Inc.** | ☐ D _____ ■ E/F  **3.101** ☐ G _____ |
| 2.7 | **Cypress Creek ER of Harmony** | 5037-B FM 2920 Spring, TX 77388 | **MedSphere Systems Corporation** | ☐ D _____ ■ E/F  **3.136** ☐ G _____ |
| 2.8 | **Cypress Creek ER, PLLC** | 5037-B FM 2920 Spring, TX 77388 | **Independent Financial** | ■ D  **2.8** ☐ E/F _____ ☐ G _____ |
| 2.9 | **Cypress Creek ER, PLLC** | 5037-B FM 2920 Spring, TX 77388 | **MedSphere Systems Corporation** | ☐ D _____ ■ E/F  **3.136** ☐ G _____ |
| 2.10 | **Cypress Creek ER, PLLC** | 5037-B FM 2920 Spring, TX 77388 | **Independent Financial** | ■ D  **2.9** ☐ E/F _____ ☐ G _____ |
| 2.11 | **Digital Imaging** | 5037-B FM 2920 77388 | **VasoHealthcare IT Corp.** | ■ D  **2.16** ☐ E/F _____ ☐ G _____ |
| 2.12 | **Doctor's Hospital 1997 LP** | dba United Memorial Medical Center 510 W Tidwell Rd Houston, TX 77091 | **Canon Financial Services, Inc.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.13 | **FM 1960 Medical Village II, LP** | 5037B FM 2920 Spring, TX 77388 | **Independent Financial** | ■ D  **2.8** ☐ E/F _____ ☐ G _____ |

Official Form 206H                                  Schedule H: Your Codebtors                                  Page 2 of 4

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **FM 1960 Medical Village II, LP** | **5037B FM 2920 Spring, TX 77388** | **Independent Financial** | ■ D ___ **2.9** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.15 | **Huong Le Nguyen** | **50 Palmer Crest Dr. Spring, TX 77381** | **Independent Financial** | ■ D ___ **2.8** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.16 | **Huong Le Nguyen** | **50 Palmer Crest Dr. Spring, TX 77381** | **Canon Financial Services, Inc.** | ■ D ___ **2.1** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.17 | **Huong Le Nguyen** | **50 Palmer Credt Dr. Spring, TX 77381** | **Independent Financial** | ■ D ___ **2.9** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.18 | **Le Nguyen Family, L.P.** | **50 Palmer Crest Dr. Spring, TX 77381** | **Independent Financial** | ■ D ___ **2.8** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.19 | **Le Nguyen Family, L.P.** | **50 Palmer Crest Dr. Spring, TX 77381** | **Independent Financial** | ■ D ___ **2.9** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.20 | **Minh Chi Nguyen** | **50 Palmer Crest Dr. Spring, TX 77381** | **Canon Financial Services, Inc.** | ■ D ___ **2.1** ___ <br> ☐ E/F ___ <br> ☐ G ___ |
| 2.21 | **Minh Chi Nguyen** | **50 Palmer Crest Dr. Spring, TX 77381** | **Independent Financial** | ■ D ___ **2.8** ___ <br> ☐ E/F ___ <br> ☐ G ___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Providence Hospital of North Houston LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.22 | **Minh Chi Nguyen** | 50 Palmer Crest Dr.<br>Spring, TX 77381 | **Independent Financial** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Providence ER of Spring, PLLC** | 5037-B FM 2920<br>Spring, TX 77388 | **MedSphere Systems Corporation** | ☐ D _____<br>■ E/F ___3.136___<br>☐ G _____ |
| 2.24 | **Syed Rizwan Mohiuddin** | 510 W Tidwell Rd<br>Houston, TX 77091 | **Independent Financial** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Syed Rizwan Mohiuddin** | 510 W Tidwell Rd<br>Houston, TX 77091 | **Independent Financial** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Texas Managerial Medical Services, LLC** | 5037-B FM 2920<br>Spring, TX 77388 | **Globonics LLC** | ☐ D _____<br>■ E/F ___3.91___<br>☐ G _____ |
| 2.27 | **Texas Radiology Associates, P.A.** | 5037B FM 2920<br>Spring, TX 77388 | **Independent Financial** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Texas Radiology Associates, P.A.** | 5037B FM 2920<br>Spring, TX 77388 | **Independent Financial** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Providence Hospital of North Houston LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$12,696,742.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$38,816,466.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Write-off of related party payables for businesses that had closed and filed their final tax return in 2019; related entities were Cypress Creek ER, PLLC and Encompass Neuro, PLLC** | **$673,707.00** |

Debtor   **Providence Hospital of North Houston LLC**                                Case number (if known) _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Loan Payments made by UMMC directly to Independent Financial Bank for the 2 loans that are in the name of Providence Hospital of North Houston, LLC** | **$507,689.00** |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED SOFA EXHIBIT 3** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **SEE ATTACHED SOFA EXHIBIT 4** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## SOFA EXHIBIT #3

| Creditors Name | Creditor's Address | Date | Amount | Reason for payment or transfer | Reason |
|---|---|---|---|---|---|
| JPMorgan Chase Bank, NA | 10665 Kuykendahl Rd., The Woodands, 77382 | 06/01/2020 | 3,513.33 | Other | Interest Payment on equipment leases held by Texas Radiology Associates, PA and leased to Providence Hospital of North Houston. Payment made directly to bank. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 318.85 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 223.35 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 221.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 196.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 194.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/02/2020 | 194.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Elavon Zirmed Inc. | 7300 Chapman Hwy, Knoxville, TN 37920 | 06/02/2020 | 0.23 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/10/2020 | 11.60 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/10/2020 | 6.55 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 06/10/2020 | 5.95 | Suppliers or vendors | Credit card company monthly processing fees. |

## SOFA EXHIBIT #3

| Creditors Name | Creditor's Address | Date | Amount | Reason for payment or transfer | Reason |
|---|---|---|---|---|---|
| Highland Capital  Corporation | 5 Center Avenue, Little Falls, NJ 07424 | 06/22/2020 | 10,185.24 | Suppliers or vendors | Lease payment for Used Toshiba Prime 80 Slice CT |
| JPMorgan Chase Bank, NA | 10665 Kuykendahl Rd., The Woodands, 77382 | 06/30/2020 | 3,574.32 | Other | Interest Payment on equipment leases held by Texas Radiology Associates, PA and leased to Providence Hospital of North Houston. Payment made directly to bank. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/02/2020 | 103.35 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/02/2020 | 101.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/02/2020 | 76.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/02/2020 | 74.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/02/2020 | 74.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Elavon Zirmed Inc. | 7300 Chapman Hwy, Knoxville, TN 37920 | 07/02/2020 | 0.23 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/08/2020 | 10.70 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/08/2020 | 6.55 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/08/2020 | 5.95 | Suppliers or vendors | Credit card company monthly processing fees. |

## SOFA EXHIBIT #3

| Creditors Name | Creditor's Address | Date | Amount | Reason for payment or transfer | Reason |
|---|---|---|---|---|---|
| Crain, Caton & James, P.C | 1401 McKinney St, 17th Floor, Houston, TX 77010-4035 | 07/15/2020 | 3,065.00 | Services | Legal fees for services through June 30, 2020 for creditor claims including Medsphere (Wellsoft) and Cardinal Health (Inv. 1213994), Legal Fees for services through June 30, 2020 regarding Axis Neuromontioring (Inv. 1213995) and legal fees for services through June 30, 2020 regarding the Medsphere Systems (Wellsoft) lawsuit (Inv. 1213996) |
| Crain, Caton & James, P.C | 1401 McKinney St, 17th Floor, Houston, TX 77010-4035 | 07/15/2020 | 795.00 | Services | For services rendered through December 31,2019 for Accountable Healthcare Staffing (Inv. 1206227) |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 07/17/2020 | 62.35 | Suppliers or vendors | Credit card company monthly processing fees. |
| Highland Capital  Corporation | 5 Center Avenue, Little Falls, NJ 07424 | 07/20/2020 | 10,185.24 | Suppliers or vendors | Lease payment for Used Toshiba Prime 80 Slice CT |
| American Express | P.O. Box 650448, Dallas, TX 75265-0448 | 07/22/2020 | 197.20 | Suppliers or vendors | Payment of credit card charges in Jan and Feb relating to the issuance of 1099 to vendors for Tax Year 2019 ($78.20) and Pinestar Technologies ($119) |
| Zirmed, Inc. | 1311 Solutions Center, Chicago, IL 60677-1311 | 07/27/2020 | 2,416.21 | Suppliers or vendors | Monthly institutional claims management fee – March 2020 (Inv. 1003615), April 2020 (Inv. 1071350), May 2020 (Inv. 1085172) and June 2020 (Inv. 1131404).  Service necessary to be able to look up billing records to respond to medical record requests. |
| The Pope Law Firm | 5151 Katy Freeway, Ste 306, Houston, TX 77007 | 07/30/2020 | 3,500.00 | Services | Retainer fee for Canon vs. Providence et al |
| JPMorgan Chase Bank, NA | 10665 Kuykendahl Rd., The Woodands, 77382 | 07/31/2020 | 4,238.05 | Other | Interest Payment on equipment leases held by Texas Radiology Associates, PA and leased to Providence Hospital of North Houston. Payment made directly to bank. |

## SOFA EXHIBIT #3

| Creditors Name | Creditor's Address | Date | Amount | Reason for payment or transfer | Reason |
|---|---|---|---|---|---|
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 157.37 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 103.35 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 101.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 76.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 74.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/03/2020 | 74.95 | Suppliers or vendors | Credit card company monthly processing fees. |
| Elavon Zirmed Inc. | 7300 Chapman Hwy, Knoxville, TN 37920 | 08/03/2020 | 0.23 | Suppliers or vendors | Credit card company monthly processing fees. |
| Nathan Sommers Jacobs | 2800 Post Oak Boulevard, 61st Floor, Houston, TX 77056 | 08/07/2020 | 40,000.00 | Services | Retainer fee for filing the PHNH Bankruptcy |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/07/2020 | 9.25 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/07/2020 | 6.55 | Suppliers or vendors | Credit card company monthly processing fees. |
| Affordify, Inc. | 500 S. Mill Ave #329, Tempe, AZ 85281 | 08/07/2020 | 5.95 | Suppliers or vendors | Credit card company monthly processing fees. |

# SOFA EXHIBIT #3

| Creditors Name | Creditor's Address | Date | Amount | Reason for payment or transfer | Reason |
|---|---|---|---|---|---|
| Crain, Caton & James, P.C | 1401 McKinney St, 17th Floor, Houston, TX 77010-4035 | 08/11/2020 | 3,735.00 | Services | Legal fees for services through July 30, 2020 for Creditor claims (Inv. 1215208), Legal Fees for services through July 30, 2020 regarding Fortis Lawsuit (Inv. 1215209), Legal Fees for services through July 30, 2020 regarding Globonics (1215210), Legal Fees for services through July 30, 2020 regarding Axis Neuromontioring (Inv. 1215211) and legal fees for services through July 30, 2020 regarding the Medsphere Systems (Wellsoft) lawsuit (Inv. 1215212) |
| Bentley Bratcher & Associates P.C. | 515 W. Greens Rd., Ste. 710 Houston, TX 77067 | 08/12/2020 | 20,000.00 | Services | Preparation of tax returns 2019 & 2020 |
| Fisher & Phillips LLP | 1075 Peach Tree Street NE Suite 3500 Atlanta, GA 30309 | 08/12/2020 | 3,380.51 | Services | Legal Fees for a case settled in 2019 |
| Hicks Davis Wynn P.C. | 3555 Timmons Lane, Suite 1000 Houston, TX 77027 | 08/13/2020 | 4,280.00 | Services | Legal Fees for Cyber Attack Case |
| Iron Mountain | POB 915004 Dallas, TX 75391 | 08/18/2020 | 9,459.73 | | Medical Record Storage Fee |
| Zirmed-Waystar | 13111 Solutions Center  Chicago, IL 60677 | 08/19/2020 | 1,170.02 | | Medical Records Clearinghouse |

# SOFA EXHIBIT #4

| Insider's Name | Insider's address | Relationship to debtor | Post Date | Debit | Reason for payment or transfer |
|---|---|---|---|---|---|
| Charles Cave | 9221 Faulkner Rd Cleveland, TX 77328 | Former CEO/CFO | 11/01/2019 | 44,238.96 | Salary payment made to Charles Cave as part of a legal settlement. |
| 1960 Family Practice, PA | 5037B FM 2920, Spring TX | Common ownership | 11/13/2019 | 250.00 | Reimburse 1960 Family Practice for portion of Jeremy Dozier sleep study bill dated 9/3/2019 as it related to time at Providence Hospital of North Houston |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 09/26/2019 | 500,000.00 | On 9/26/2019, $500K was paid for management fees for September 2019 until date of PHNH bankruptcy. |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 11/26/2019 - 12/30/2019 | -190,000.00 | In November 2019 and December 2019 a total of $190K was redeposited to PHNH. Net amount to Medical Care of Texas was $310,000. Reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make payment on rent to cover Independent Financial bank loan. |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 10/24/2019 | 300,000.00 | On 10/24/2019, $300K was temporarily deposited and then on 10/25/2019 $300K was re-deposited into PHNH; net zero. reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make payment on rent to cover Independent Financial bank loan. |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 10/15/2019 | -300,000.00 | On 10/24/2019, $300K was temporarily deposited and then on 10/25/2019 $300K was re-deposited into PHNH; net zero. reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make payment on rent to cover Independent Financial bank loan. |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 11/08/2019 | 170,000.00 | On 11/08/2019, $170K was temporarily deposited and then on 11/11/2019 $170K was re-deposited into PHNH; reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| Allergy of Texas, PLLC d/b/a Medical Care of Texas | 5037B FM 2920, Spring TX | Common ownership | 11/11/2019 | -170,000.00 | On 11/08/2019, $170K was temporarily deposited and then on 11/11/2019 $170K was re-deposited into PHNH; net zero; reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| Dr. Huong Le Nguyen | 50 Palmer Crest Dr., The Woodlands, TX 77381 | Managing Member | 10/15/2019 | 27,000.00 | Clinical lab consultant service fees at $750/month for 36 months from 8/1/2016-8/1/2019 (Inv 6790-6792). PHNH did not pay Dr. Le for the past 36 months. |
| FM 1960 Medical Village II, LP | 5037B FM 2920, Spring TX | Common ownership | 08/29/2019 | 146,000.00 | Partial payment on debt owed for the original buildout of the hospital. Debt agreement was entered into on 6/1/16 for $3,761,925. |
| PHNH Physician Associates, PLLC | 5037B FM 2920, Spring TX | Common ownership | 04/10/2020 | 154,531.49 | On 4/10/20, $154,531.49 was temporarily deposited and then on 4/29/20 $154,531.49 was re-deposited into PHNH; reason: net zero; concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| PHNH Physician Associates, PLLC | 5037B FM 2920, Spring TX | Common ownership | 04/10/2020 | -154,531.49 | On 4/10/20, $154,531.49 was temporarily deposited and then on 4/29/20 $154,531.49 was re-deposited into PHNH; reason: net zero; concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| Physicians Alliance of Red Oak, LP | 5037B FM 2920, Spring TX | Common ownership | 09/06/2019 | 21,573.23 | On 9/6/19, PHNH paid rent of $21,574.23 for HOPD ER space at 837 Cypress Creek Ste 111. PHNH then borrowed from Physicians Alliance of Red Oak $93,060.56 in 2/2020 to pay for the 2019 business personal property taxes of PHNH. Net amount owed is $71,486.33. See creditor 3.175 in Schedule E/F. |
| Physicians Alliance of Red Oak, LP | 5037B FM 2920, Spring TX | Common ownership | 2/7/2020 - 2/10/2020 | -93,060.56 | On 9/6/19, PHNH paid rent of $21,574.23 for HOPD ER space at 837 Cypress Creek Ste 111. PHNH then borrowed from Physicians Alliance of Red Oak $93,060.56 in 2/2020 to pay for the 2019 business personal property taxes of PHNH. Net amount owed is $71,486.33. See creditor 3.175 in Schedule E/F. |
| Providence ER of Northwest, PLLC | 5037B FM 2920, Spring TX | Common ownership | 11/19/2019 | 120.00 | The incorrect deposit slip was used by the Front Desk on 9/3/2019 and this moves the money to the correct company. |
| Providence ER of Northwest, PLLC | 5037B FM 2920, Spring TX | Common ownership | 11/19/2019 | 250.00 | The incorrect deposit slip was used by the Front Desk on 9/7/2019 and this moves the money to the correct company. |
| Providence ER of Northwest, PLLC | 5037B FM 2920, Spring TX | Common ownership | 11/19/2019 | 188.00 | The incorrect deposit slip was used by the Front Desk on 9/8/2019 and this moves the money to the correct company. |
| Providence ER of Northwest, PLLC | 5037B FM 2920, Spring TX | Common ownership | 11/19/2019 | 350.00 | The incorrect deposit slip was used by the Front Desk on 9/8/2019 and this moves the money to the correct company. |
| Providence ER of Northwest, PLLC | 5037B FM 2920, Spring TX | Common ownership | 11/19/2019 | 1,275.00 | The incorrect deposit slip was used by the Front Desk on 9/9/2019 and this moves the money to the correct company. |
| Rad Leasing Company II, LP | 5037B FM 2920, Spring TX | Common ownership | 11/05/2019 | 17,000.00 | Partial payment on equipment (Stryker Robotic Arm) lease payment. |
| Rad Leasing Company II, LP | 5037B FM 2920, Spring TX | Common ownership | 12/09/2019 | 16,300.00 | Partial payment on equipment (Stryker Robotic Arm) lease payment. |
| Rad Leasing Company II, LP | 5037B FM 2920, Spring TX | Common ownership | 03/03/2020 | 5.00 | Partial payment on equipment (Stryker Robotic Arm) lease payment. |
| Rad Leasing Company II, LP | 5037B FM 2920, Spring TX | Common ownership | 10/07/2019 | 18,000.00 | Partial payment on equipment (Stryker Robotic Arm) lease payment. |
| Rad Leasing Company II, LP | 5037B FM 2920, Spring TX | Common ownership | 08/30/2019 | 17,000.00 | Partial payment on equipment (Stryker Robotic Arm) lease payment. |
| SE Texas ER & Hospital | 19211 McKay Dr., Humble, | Managing Member has m | 12/12/2019 | 50,000.00 | Transferred money to SE Texas ER & Hospital to cover hospital costs. |
| SE Texas ER & Hospital | 19211 McKay Dr., Humble, | Managing Member has m | 11/18/2019 | 50,000.00 | Transferred money to SE Texas ER & Hospital to cover hospital costs. |
| SE Texas ER & Hospital | 19211 McKay Dr., Humble, | Managing Member has m | 12/27/2019 | 50,000.00 | Transferred money to SE Texas ER & Hospital to cover hospital costs. |
| Texas Radiology Associates,PA | 5037B FM 2920, Spring TX | Common ownership | 09/11/2019 | 5,006.86 | Payment to TRA as they had overpaid on the balance owed to PHNH. |
| TMMS Staffing, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/26/2019 | 30,000.00 | Partial payments for American Express credit cards on invoices owed by PHNH and paid for by TMMS Staffing and management services of TMMS Staffing (pass through of payroll costs). |
| TMMS Staffing, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/24/2019 | 20,000.00 | Partial payments for American Express credit cards on invoices owed by PHNH and paid for by TMMS Staffing and management services of TMMS Staffing (pass through of payroll costs). |
| TMMS Staffing, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/16/2019 | 55,000.00 | Partial payments for American Express credit cards on invoices owed by PHNH and paid for by TMMS Staffing and management services of TMMS Staffing (pass through of payroll costs). |

## SOFA EXHIBIT #4

| | | | | | |
|---|---|---|---|---|---|
| TMMS Staffing, LLC | 5037B FM 2920, Spring TX | Common ownership | 03/25/2020 | 25,000.00 | On 3/25/20, $25K was temporarily deposited and then on 4/01/20 $25K was re-deposited into PHNH; net zero; reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| TMMS Staffing, LLC | 5037B FM 2920, Spring TX | Common ownership | 04/01/2020 | -25,000.00 | On 3/25/20, $25K was temporarily deposited and then on 4/01/20 $25K was re-deposited into PHNH; net zero; reason: concerns about bank/creditors pulling money out of PHNH if UMMC did not make a payment on rent to cover Independent Financial bank loan. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/26/2019 | 7,000.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/30/2019 | 8,250.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 03/25/2020 | 49,000.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/19/2019 | 12,000.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 09/11/2019 | 50,000.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |
| Viventi Med, LLC | 5037B FM 2920, Spring TX | Common ownership | 08/28/2019 | 30,000.00 | Partial payments made for contract labor for physicians, nurses RN, police officers for security at the hospital.  Physicians included Dr. Ortiz, Sterling Ridge Orthopedic groups, multiple other hospitalists, to provide ER and Hospitalists work at PHNH. |

Debtor    **Providence Hospital of North Houston LLC**                                    Case number *(if known)*

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fortis Surgical Solutions, LLC vs. Providence Hospital of North Houston, LLC**<br>**Case No. #201921836** | **Collection** | **151st Judicial Dist. Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Axis Neuromonitoring, LLC v. Providence Hospital of North Houston, LLC**<br>**Case No. #2018-77230** | **Collection** | **133rd  District Ct, Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Globonics, LLC vs. Providence Hospital of North Houston, LLC and Texas Managerial Medical Services, LLC**<br>**Case No. #2020-11252** | **Breach of Contract** | **165th Judicial Dist., Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Accountable Healthcare Staffing, Inc.  vs. Providence Hospital of North Houston, LLC, et al.**<br>**Case No. #1136481** | **Collection** | **Civil Ct. at Law #1, Houston, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Hunter Pharmacy Services, Inc.  vs. Providence Hospital of North Houston, LLC**<br>**Case No. #D-1-GN 19-000590** | **Collection** | **419th Judicial Dist., Travis County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Medline Industries, Inc. vs. Providence Hospital of North Houston, LLC, et al.**<br>**Case No. #2019L009728** | **Breach of Contract** | **Circuit Court of Cook County, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Medsphere Systems Corporation vs. Providence Hospital of North Houston, LLC**<br>**Case No. #2020-22478** | **Collection** | **151st Judicial Dist., Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Prince Food Systems, Inc. vs. Providence Hospital of North Houston, LLC**<br>**Case No. #2020-23471** | **Collection** | **129th Judicial Dist., Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Canon Financial Services vs. Providence Hospital of North Houston, LLC**<br>**Case No. #202044711** | **Breach of Contract** | **`151st Judicial Dist., Harris County, TX** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Debtor   **Providence Hospital of North Houston LLC**     Case number *(if known)*

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **SEE ATTACHED SOFA EXHIBIT #9** | | | |
| **Recipients relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cyber Attack**<br>**SEE ATTACHED SOFA EXHIBIT 10** | | **12/11/19** | **Unknown** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nathan Sommers Jacobs**<br>**2800 Post Oak Blvd., 61st Floor**<br>**Houston, TX 77056** | | **08/07/20** | **$40,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# SOFA EXHIBIT #9

**SOFA #9 – Certain Gifts and Charitable Contributions**

| Recipient's Name | Recipient's Address | Description of the gifts or contributions | Dates Given | Value | Recipients relationship to debtor | Comment |
|---|---|---|---|---|---|---|
| Susan G. Komen | 602 Sawyer Street, Ste 201, Houston, TX 77007 | 2018 Komen Houston Race for the Cure | 09/11/18 | $2,006.00 | None | |
| Susan G. Komen | 603 Sawyer Street, Ste 201, Houston, TX 77007 | 2019 Komen Houston Race for the Cure | 09/11/18 | $2,096.00 | None | |
| Susan G. Komen | 604 Sawyer Street, Ste 201, Houston, TX 77007 | 2020 Komen Houston Race for the Cure | 09/11/18 | $156.00 | None | |
| Susan G. Komen | 605 Sawyer Street, Ste 201, Houston, TX 77007 | 2021 Komen Houston Race for the Cure | 09/12/18 | -$2,000.00 | None | |
| Susan G. Komen | 606 Sawyer Street, Ste 201, Houston, TX 77007 | 2022 Komen Houston Race for the Cure | 09/30/18 | -$80.00 | None | |
| Susan G. Komen | 607 Sawyer Street, Ste 201, Houston, TX 77007 | 2023 Komen Houston Race for the Cure | 10/02/18 | $1,000.00 | None | |
| Susan G. Komen | 608 Sawyer Street, Ste 201, Houston, TX 77007 | 2024 Komen Houston Race for the Cure | 04/01/19 | -$2,006.00 | None | |
| World Health Ambassador | 7432 Little River Turnpike, Annadale, VA 22003 | Donation of money for medical missions | 10/12/18 | $10,000.00 | None | |

Page 1

# SOFA EXHIBIT #10

## Cyber Attack Summary

On December 11, 2019, the PHNH IT system was hit by a ransomware attack. The IT system was located at the PHNH campus in the server room. The virus traveled through the entire IT system including the 1960 Family Practice clinics, business office, ER and multiple other entities since the virus went into the GE (PAC system). Additionally, the tmmsonline.net email system was also compromised and all emails have not been recovered. VasoHealthcare IT was supposed to have maintained our entire network (pharmacies/business office/billing office/clinics/radiology/satellite locations). Everything related to business was completely shut down.

Our cyber insurance policies allowed our insurance company to step in and the carrier paid the ransomware ($800K plus) and also paid a recovery IT company (outside firm) to recover the damaged IT system. After the insurance investigation was complete, it was determined that one of the computers located at the nurse station (Kim Harrington, CNO of UMMC North) opened an unintended email and the virus spread to all the network systems located at Providence Hospital. UMMC was using our network system through a managed access and service agreement.

After several months, it was determined that only about 50% of the damaged software is recoverable. PHNH has not been able to send out claims and billing has been shut down 100%.

Economic damages have not been determined. The equipment, various IT equipment, and software is the collateral of Independent Bank.

We have provided to the carrier the monies that PHNH has paid as well as vendor invoices that the carrier should pay. PHNH does not have a functioning billing system.

See below a timeline on major events as they occurred as part of the remediation efforts to this ransomware attack. All major systems impacted including, but not limited to, GE Centricity, GE PACS, MedQ, Allscripts, Amkai, CPSI, Mail Server, entire network.

- **12/11/2019:** Ransomware attack happened at 2.00 AM early morning. IT received multiple calls about systems not functioning. Basic troubleshooting was done but the systems remained down. Morning 9.00 AM – IT determined that the systems were hacked.
- **12/12/2019:** Dr. Le contacted carrier. PHNH began working with counsel for insurance carrier and Tracepoint (Insurance IT). Tracepoint came onsite to evaluate the network.
- **12/12/2019:** FBI Cyber Crime Dept. was notified about the incident. FBI came on site to investigate on the attack.
- **3 Weeks post attack:** Tracepoint completed its investigation and sent findings to their headquarters in Washington DC.
- **01/21/2020:** Management contacted Visualations to evaluate Centricity Application.
- **01/28/2020 – 01/29/2020:** Visualations came onsite, declared the centricity Database and application files were corrupted beyond repair and need a re-implementation.
- **02/13/2020:** Investigation findings meeting with Tracepoint, Insurance and insurance attorneys. All the findings were mentioned on the call.

# SOFA EXHIBIT #10

- **02/27/2020:** Ontrack was contacted to Decrypt the data from the centricity Database. Ontrack sent a quote.
- **04/15/2020:** Carrier released payment to Ontrack for Centricity Data decryption.
- **04/20/2020:** Management contacted MedQ for troubleshooting the corrupt RIS system
- **04/20/2020:** Management contacted GE for troubleshooting the corrupt PACS system
- **04/28/2020:** Contacted Visualutions for Quotes on rebuilding Centricity application
- **05/01/2020:** Received Quote from MedQ. MedQ tried to troubleshoot the system for more than a week after they were contacted to determine if the existing system could be repaired. The system was not responsive and beyond repair. Decision was made to re-implement a new system.
- **05/05/2020:** Received the Decrypted data of Centricity Database from Ontrack
- **05/27/2020:** Received the Quote from GE. GE worked with the IT team for more than a month in troubleshooting the system, understanding the previous workflow and evaluating the current functionality. The system is beyond repair and GE sent a quote to fix the dead system. A part of GE (GE Archive) was acceptable and was not included in the quote.
- **During this Entire process IT has been working to rebuild all the systems that were affected with no patient data loss including all the computers (180) and servers (Active Directory, multiple File Servers, DNS&DHCP Servers, multiple Internal App Servers) and other networking equipment including Firewalls and switches .**

Debtor    **Providence Hospital of North Houston LLC**                          Case number *(if known)*

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **SEE ATTACHED SOFA EXHIBIT #13** | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Providence Hospital of North Houston LLC 16750 Red Oak Dr. Houston, TX 77090** | **Business operations were transferred September 1, 2019 to UMMC** | **None** |
| | | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Medical Records**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

SOFA EXHIBIT #13

**Providence Hospital of North Houston**
**SOFA Question #13**
**Transfers not already listed on this statement**

| Who received the transfer | Address | Relationship to debtor | Description of Property Transferred | Date transfer was made | Total amount or value | |
|---|---|---|---|---|---|---|
| Doctor's Hospital 1997 L.P. d/b/a United Memorial Medical Center | 510 W Tidwell Rd, Houston, TX 77091 | None | Lease of the hospital building located at 16750 Red Oak Drive, Houston, TX 77090 (real property and hospital building owned by FM 1960 Medical Village II, LP) and any and all contents of the mentioned property as deteremined and defined in the property lease.  Also, assume any and all assets, service agreements, warranties, insurance and other effects of the business as defined in the Memorandum of Understanding.  See documents attached:  (1) Bill of Slae, (2) MOU and (3) Loan Guaranty. | 9/1/2019 | 1,500,000 | |
| Community ER of Clearlake, PLLC c | 5037-B FM 2920, Spring, TX 77388 | Common ownership | Used Toshiba Prime 80 Slice CT | 08/14/20 | 295,372  * | Assumption of Lease with Highland Capital |
| Community ER of Clearlake, PLLC c | 5037-B FM 2920, Spring, TX 77388 | Common ownership | Canon Aplio 500 Ultrasound, Serial # W1F1495661 | 08/14/20 | 35,783  ** | Assumption of Lease with Canon Financial |

| | |
|---|---|
| * | Fair market value of the CT on 10/15/2019 was $80,000.  See letter obtained from Titanium Medical Imaging. |
| ** | Fair market value for ultrasound on 10/15/19 was $5,000.  See letter from Titanium Medical Imaging |

**SOFA EXHIBIT #13**

BILL of SALE

In consideration of the sum of $ 1,500,000 ("The Deposit"), the undersigned Providence Hospital of North Houston, LLC, SELLER, hereby sells, assigns and transfers to Doctors Hospital 1997 LP, BUYER, the following property on September 1st, 2019:

Lease of the physical property located at 16750 Red Oak Drive, Houston Texas 77090 (Approximately 55,000 sqft) and any and all contents of the mentioned property as determined and defined in the property lease (eg: signage, alarm system, fixed asset attached to the lease) of the SELLER are hereby transferred in ownership to BUYER.

SELLER extends to BUYER,  to assume any and all assets, services agreements, warranties, insurance, and other effects of the business as further defined in the Memorandum of Understanding ("MOU") executed by both parties on August 16, 2019. SELLER and BUYER dually acknowledge that this bill of sale shall be provided to all requesting vendors, lien holders, or other parties with credible interest in SELLER.

BUYER and SELLER both acknowledge and agree that the MOU defines the purchase terms due to SELLER on or before March 31, 2023. BUYER and SELLER understand and agree that the The Deposit is non-refundable should BUYER fail to meet the obligations as defined by the MOU. BUYER acknowledges that should it fail to meet full obligations as defined by the MOU then SELLER will have right to seek any and all legal remedy.

BUYER and SELLER acknowledge that before full obligations, as defined by the MOU, have been met to SELLER that they have a fiduciary responsibility to continue the operation of the business in good faith and full effort without impediment or disruption.

Signed and Sealed this 1st day of September, 2019.

_____
Ravi Mallapuram
Doctors Hospital 1997, LP

_____
Minh Nguyen
Providence Hospital of North Houston, LLC

_____
Huong Le
Providence Hospital of North Houston, LLC

# SOFA EXHIBIT #13
## Memorandum of Understanding

Memorandum of Understanding ("MOU") between Doctors Hospital 1997 LP d/b/a United Memorial Medical Center, a Texas limited partnership ("UMMC") and Providence Hospital of North Houston, LLC a Texas company ("Providence Hospital"), collectively "Parties".

Dear Ravi Mallapuram:

The following terms outline the understanding regarding the proposed transaction between UMMC and Providence Hospital:

The period of time beginning on September 1, 2019 to the date that an asset purchase agreement between UMMC and Providence Hospital (the "APA") is executed—to March 31, 2023, the date of closing, the transaction shall be referred to as the "Pre-Closing Period".

The term "Providence Hospital Location(s)" shall include the following:
    a.    16750 Red Oak Drive, Houston Texas 77090;

During the Pre-Closing Period, UMMC will assume responsibility for the operations and staff of Providence Hospital on the following terms:

1. Employees.

(a)    UMMC will hire physicians and staff of Providence Hospital that, in the discretion of UMMC, are necessary and appropriate to operate the business and service the patients of Providence Hospital. UMMC may make changes to staffing as needed to ensure profitability of Providence Hospital.

(b)    As used herein, the term "*Employee*" means, collectively, each Person, who on the Effective Date of this MOU, is an employee of Providence Hospital and any other person listed on <u>Exhibit A</u> attached hereto who provides services for Providence Hospital.

(c)    On the Effective Date of this MOU, or other date mutually agreed upon to allow for a smooth transition, Providence Hospital will terminate the employment of each of the Employees. UMMC will offer employment to each Employee. As used herein, "*Hired Employee*" means each Employee who accepts UMMC's offer of employment described above. Notwithstanding the foregoing, nothing in this Agreement will be deemed to require UMMC to retain any Hired Employee for a certain period of time but UMMC must be compliant with the WARN ACT and provide a 60 day notice to those employees being terminated.

(d)    The Hired Employees will be offered employment at a salary comparable to their current salary with Providence. The Hired Employees will be eligible to participate in UMMC's employee benefit plans in accordance with the terms of such

# SOFA EXHIBIT #13

plans as amended from time to time. Hired Employees will be given credit for their existing earned but unused PTO and given credit for their full-time period of employment with Providence Hospital for purposes of determining the amount of paid time off under UMMC's PTO plan and other benefits determined by tenure.

(e) During the Pre-Closing Period, UMMC shall not relocate any of the Hired Employees from Providence Hospital Locations to any other practice or location, but can rotate them among the Providence Hospital Locations. Providence Hospital will provide a list of employees to UMMC that shall remain at the Providence Hospital Locations throughout the Pre-Closing Period.

(f) In the event that UMMC intends to end the employment of a Hired Employee that annually would make $60,000.00 or more, UMMC will notify Providence Hospital's administrator of the intent to terminate for administrators mutual consent. The administrator for Providence Hospital shall be Stacy Williams. Providence Hospital shall notify UMMC of any change of administrator.

2. UMMC shall deposit to Providence Hospital the amount of one million five hundred thousand dollars and zero cents ($1,500,000) ("The Deposit"). The parties agree that UMMC will maintain full management authority of Providence Hospital during the Pre-Closing Period. The Deposit shall be paid in three equal payments with the first payment due upon signing and the second payment due on or before the effective date of the Pre-Closing Period and the final payment within 30 days.

3. UMMC is liable for all operating expenses of the business, including but not limited to salaries, leases, loans, software, supply, insurance and all other expenses required for successful operation. UMMC shall execute a lease/sublease at all Locations where hospital operates. UMMC shall assume the hospital note in the approximate amount of $5M and Syed Rizwan Mohiuddin agrees to sign a personal guarantee on this loan note (Exhibit B). UMMC will be responsible for all debts and liabilities incurred by its operations beginning September 1, 2019 during the Pre-Closing Period and will retain all accounts receivable and revenues earned for services provided during the Pre-Closing Period until the termination of this Agreement. In the event that the hospital is profitable during the Pre-Closing period then 35% of all profits will be paid to Providence Hospital.

4. An overhead amount and an overhead cap amount (Overhead) will be established for the hospital and for the clinics and mutually agreed upon by Parties. Overhead will be reviewed on a quarterly basis and changes will be mutually agreed upon by Parties. Once a Location is profitable, and the Overhead has been satisfied for that month, Providence Hospital will withdraw 35% of the profit from UMMC's account that operates that Location. UMMC shall provide written authorization to Providence Hospital that grants irrevocable access and ability to withdraw funds from UMMC's

**SOFA EXHIBIT #13**

bank account/s that is used in the business operations of the Hospital and clinics For the first quarter of this Agreement, an overhead amount of $2.2M per month shall be used.

5. Providence Hospital will maintain all patient files and business records of its current business, which will be available to UMMC as needed.

6. The current telephone and fax numbers shall continue to be used for the Providence Hospital and shall not be changed during the Pre-Closing Period. During the Pre-Closing Period, the main phone number shall be the only number used for marketing and advertising purposes and shall be the only number given out and used for scheduling.

7. UMMC will make Providence Hospital an additional site of service under their license. All parties understand and agree to any regulatory requirement required to accomplish this effect (eg Signage must indicate UMMC).

8. UMMC will provide Providence Hospital with real-time, unrestricted access to data or database relevant to the production of Providence Hospital to include but not limited to billing, collections, accounting, bank account, financials and reporting. This access will remain uninhibited and available throughout the Pre-Closing Period.

9. UMMC will not change or utilize different software without mutual consent from Providence Hospital including CPSI, the current EHR and RCM management software of the hospital and clinics.

10. Termination.

(a)    Providence Hospital will maintain an option, exercisable within the Pre-Closing Period, to terminate this Agreement.   The option must be exercised in writing and with at least sixty (60) days' notice.   If the sale is terminated, the Lease of the location will also be terminated. UMMC will remain responsible for all obligations incurred starting September 1, 2019 through the Pre-Closing Period, and will retain all revenues and accounts receivables earned, with exception to Section 3 above or otherwise stated herein, , from the effective date of the Pre-Closing Period to the effective date of the termination.   If the sale is terminated, Providence Hospital may offer employment to any of the physicians or personnel employed by UMMC beginning September 1, 2019 and throughout the Pre-Closing Period.

(b)    In the event that Stewart Health, HCA or another potential buyer, requests operational and/or financial data, for the purpose of selling the Providence Hospital, UMMC agrees to provide such data in a reasonable timeframe.  The parties agree that this agreement does not prevent Providence Hospital from considering or entering agreement to sell Providence Hospital to any other party. The parties agree that UMMC

# SOFA EXHIBIT #13

will be provided first right of refusal to match the offer given by potential buyer and any additional sale terms. The Parties agree that The Deposit and any mutually agreed upon losses will be returned 30-days after closing the sale of Providence Hospital to another party. In the event a sale occurs, UMMC shall additionally be entitled a percentage of the sale price as defined:

| Sale Price | Percentage due to UMMC |
|---|---|
| $0-$60,000,000.00 | 0% |
| $60,000,000.01-$90,000,000.00 | 10% of the amount above 60M |
| 90,000,000.01+ | 50% of the amount above 90M |

(c)     If UMMC pays distributions of $90M over any period of time while maintaining ownership of Providence Hospital,  or offers the difference between $90M and the profits already paid to Providence Hospital, then Providence Hospital reserves the option to sell the Hospital and Hospital real estate and 1960 Family Practice, PA to UMMC for the difference or no additional monies and will be considered a fair market value purchase.


10.     UMMC shall not solicit or hire physicians or employees of Providence Hospital during or after the Pre-Closing Period, except as otherwise provided in this Agreement, or in connection with the closing or termination of the APA, unless UMMC acquires ownership of Providence Hospital.   This provision applies to those physicians and employees practicing at the Locations of  Providence Hospital, 1960 Family Practice, or 1960 Physician Associates during the Pre-Closing Period.

11.     The APA will comply with all applicable legal requirements, including appropriate protections for patient confidentiality and protection of medical records.  Protection for the interests of patients shall be paramount. Both parties will be held harmless by the other Party and this MOU will terminate immediately in the event that this agreement does not meet the legal requirements of the State of Texas or either party is the subject of a violation of any state or federal laws.

12.     During the Pre-Closing Period, UMMC, its representatives, and agents shall owe a fiduciary duty to Providence Hospital and its members to operate Providence Hospital in good faith and with the utmost business judgment.

13.     Immediately upon termination of this Agreement or the APA, UMMC agrees to assign each physicians employment agreement with UMMC that works at a Practice or Hospital Location.  from UMMC to Providence Hospital; however, UMMC remains liable for all liabilities and debts incurred under each physician employment agreement prior to the assignment by UMMC.  Providence Hospital shall have the option of accepting or refusing each assignment.  In the event that one or more of the parties to the physician employment agreement contends that said agreement is unassignable, UMMC agrees to execute a waiver of its right to enforce the non-compete duties for any physician who has been offered employment by Providence Hospital.

# SOFA EXHIBIT #13

14.    In the event that UMMC's breach of this Agreement leads to the termination of this Agreement, UMMC shall be liable for all direct and indirect damages flowing from UMMC's breach, including but not limited to consequential damages, lost profits, recovery for any diminution in the enterprise value of Providence Hospital, and all attorney's fees, expenses and costs necessary to enforce Providence Hospital's rights under this Agreement.  Notwithstanding the foregoing, in the event UMMC breaches this Agreement, Providence Hospital shall have all remedies available at law and equity under the controlling law.  UMMC shall have 10 days after it receives notice from Providence Hospital to cure the breach.  The below are considered some examples (non-exclusive) of breaches of the Agreement:

   a.   Failure to pay lease/rent
   b.   Failure to vacate premises upon termination
   c.   Failure to comply with licensure requirements and/or regulations
   d.   Failure to pay debt service
   e.   Failure to pay vendors required for successful operation

   In the event this Agreement is terminated by Providence Hospital, Providence will pay UMMC the Deposit amount and any liabilities and expense paid by UMMC for the period prior to the Pre-Closing Period.

15.    <u>INDEMNITY</u>:    UMMC agrees to DEFEND, INDEMNIFY and HOLD HARMLESS Providence Hospital, its representatives, agents and owners from any and all losses, debts, liabilities, damages, penalties, actions, judgments, suits, costs, obligations or expenses (collectively, the "Losses") related to or arising from UMMC's use, operation or management of one or more of the clinics or hospitals doing business at the Locations during the Pre-Closing Period (excluding any Losses arising from Providence Hospital breach of this Agreement).  Providence Hospital agrees to DEFEND, INDEMNIFY and hold HARMLESS UMMC, its representatives, agents and owners from Losses incurred during  the Pre-Closing Period.

Signature Page to Follow

 This memorandum is an outline of the understanding and intent of both parties.  This MOU is intended to be the basis of a final asset purchase agreement, to be drafted and executed, if at all possible, within 10 days of this date.

# SOFA EXHIBIT #13

IN WITNESS WHEREOF, the parties hereto have executed this Memorandum of Understanding.

Doctors Hospital 1997 LP d/b/a
United Memorial Medical Center,
a Texas limited partnership

Ravi Mallapuram

Its   Managing Director

08 / 16 / 2019

Date

Providence Hospital of North Houston, LLC
a Texas limited liability company

Huong Le, MD

Its _____

8 | 16 | 2019

Date

# SOFA EXHIBIT #13

Exhibit A

Hired Employees

**SOFA EXHIBIT #13**

Exhibit B

LOAN GUARANTY

# 6060541   11/20/15
# 6064023   6/23/16

WHEREAS, this LOAN dated ~~# 6064023   6/23/16~~ (the "Loan") has been executed by and between Independent Bank ("Bank"), and Providence Hospital of North Houston, LLC, a Texas limited liability company ("Providence"), covering certain operational expenses premises for the business located at 16750 Red Oak Drive, Houston, Texas 77090 as described in the Loan and,

WHEREAS, Syed Rizwan Mohiuddin, an individual ("Guarantor") agrees to guarantee said Loan, on behalf of Providence as a condition to its execution, that the undersigned guarantee the full performance of the obligation of Providence under the Loan; and

NOW, THEREFORE, in consideration of the execution of the Loan by Providence, the undersigned unconditionally guarantees the full performance of each and all of the terms, covenants, and conditions of the Loan to be kept and performed by Providence, including the payment of all Loan payments, interest and other charges to accrue and be due and payable to Bank hereunder.

The undersigned does hereby further agree that this covenant and agreement on his part as Guarantor shall continue in favor of said Bank notwithstanding any extension, modification, or alteration of the Loan entered into by and between the parties thereto, or their successors or assigns, and notwithstanding any assignment of the Loan with or without the consent of Bank, and no extension, modification, alteration, or assignment of the Loan shall in any manner release or discharge the undersigned, who does hereby consent thereto.

The undersigned does hereby waive notice of any demand by Bank, as well as any notice of non-payment, excepting such notices as may be specifically provided in the Loan to be served upon Providence.

**SOFA EXHIBIT #13**

If Providence terminates the APA with guarantor, without cause, this guaranty shall also terminate on said date but shall still be binding and in effect for all Providence obligations prior to the termination date.

The terms and provisions of this Guaranty shall be binding upon and inure to the benefit of the respective heirs, administrators, executors, and successors and assigns of the parties herein named.

IN WITNESS WHEREOF, the undersigned Guarantors have caused this Guaranty to be executed this __16th__ day of __August__, 2019.

GUARANTOR: Syed Rizwan Mohiuddin, an individual

By:_____

Name: Syed Rizwan Mohiuddin

Address:_____

_____

_____

Phone:_____

SS#:_____

DL#:_____

DOB:_____

# SOFA EXHIBIT #13

## Managed Access and Service Agreement

This Managed Access and Service Agreement (the "Agreement") is made effective as of September 16, 2019 ("Effective Date") by and between Doctors Hospital 1997 LP dba United Memorial Medical Center ("UMMC") and Allergy of Texas PLLC, dba Medical Care of Texas ("Service Provider").

Whereas, Service Provider controls and manages the network and owns the equipment and applications including but not limited to the infrastructure, domains, phone system, interfaces, and administration (the "Network") provided to the following locations where UMMC subleases space or provides management or operational services (the "Locations"):

> 1960 Physician Associates
>
> 1960 Family Practice
>
> 1960 Digital Imaging
>
> Providence Hospital of North Houston
>
> TMMS

Whereas, UMMC desires limited access to the Network to provide basic day to day management to the Locations under the general management and control of Service Provider.

Whereas, Service Provider agrees to grant limited access to UMMC under the terms and conditions below.

**Terms of Access:**

a) UMMC shall provide Service Provider all existing usernames and passwords created for any service, device, domain, website, account or application relating to or residing on or accessed through the Network.

b) UMMC shall provide Service Provider keys and/or access codes for all server rooms or other rooms/locations where Network equipment is kept and shall not change locks or access codes without Service Providers written approval.

c) UMMC shall not deny or restrict Service Provider from accessing any of the Network equipment at the Locations including but not limited to the server rooms, PACS and RIS.

d) UMMC shall not create or change, modify, delete, remove or add anything on the Network without Service Providers written approval including but not limited to the infrastructure, passwords, paths, and applications.  The Network shall remain intact and operational at all times (within reason) and UMMC shall not cause unwarranted disruption or irreparable harm or any malice action to the Network during or upon termination of this Agreement.

e) UMMC shall look to Service Provider ONLY for any requests for services outside of the scope of UMMC's limited access and shall not under any circumstance contact or attempt to circumvent an outside vendor in reference to the Network without Service Providers written approval including but not limited to VasoTechnology aka Netwolves, phone, application and internet vendors.

f) UMMC shall not under any circumstance physically remove or relocate any equipment of Service Provider.

**SOFA EXHIBIT #13**

g)   UMMC shall pay Service Provider $2,400.00 a week for its access and the Management of the Network.  UMMC shall be invoiced monthly and shall pay upon receipt of invoice.

h)   UMMC shall pay Service Provider costs associated with the Network done at the request of UMMC.  UMMC shall pay upon receipt of invoice.

i)    UMMC shall pay invoices on a Net15 from the invoice date.  Any payment not received when due will be subject to a late fee of 6% that shall accrue each month on the outstanding balance until paid in full.  Service Provider reserves the right to require payment in advance from UMMC prior to any service being provided or to disable access until balance is paid in full.  An additional service fee of $250.00 per disabled user, will be due and payable, in advance, prior to enabling access (up to a maximum of $2,500.00 per event).

j)    UMMC shall be liable for any damages caused by the negligence or breach of its staff with the intention of causing harm to the Network or Service Provider.

k)   UMMC shall provide its employees that will be accessing the Network a copy of this Agreement or at minimum a copy of the Terms of Access.

l)    UMMC shall maintain strict confidentiality of all information accessed through Network and abide by all HIPAA laws.

**Description of Services:**

Service Provider will oversee the daily IT operations of UMMC including managing requested technology changes by UMMC, granting of access, minor modifications, assisting with troubleshooting and resolution, remote assistance, phone and email support and onsite support, if needed and at the discretion of Service Provider.

**Business Hours:**

Normal service hours will be from 9:00 am to 5:00 pm Monday through Friday except on holidays. Emergency support services will be available outside of normal business hours and weekends and will be billed at the afterhours support rates.

**Disclaimer:**

Service Provider shall not be liable for any causes that result in downtime, loss of use, loss of revenue, or other negative impact including, but not limited to, terrorist acts, natural catastrophe, negligence, fire, flood or other act of God, and/or power failure, virus propagation, or improper use of the Network. Service Provider makes no warranty, express or implied, to meet any expectation, provide any services or allow any access.  In no event shall Service Provider or any of its Directors, Employees or Other Representatives be liable and express no warranty for consequential damages of any kind including, without limitations, those resulting from loss of data, loss of use, income, profit, and on any theory of liability, arising out of or in connection with the services or use thereof even if it has been approved by Service Provider.  Service Provider reserves the right to decline a request, from UMMC, for changes to the Network.  Service Provider reserves the right to suspend or terminate this Agreement, with or without cause, in its sole discretion, without notice.

# SOFA EXHIBIT #13

**Breach:**

The breach or threatened breach by UMMC of the terms and conditions of this Agreement entitles Service Provider to a permanent injunction or other equitable relief in order to prevent or restrain any such breach or threatened breach by UMMC or its members, manager, officers, employees, independent contractors, representatives or any and all persons or entities directly or indirectly acting for or with UMMC.  The rights and remedies of the Service Provider under this Agreement shall be in addition to, and not in limitation of, any of the rights, remedies or damages available to it at law or in equity.  UMMC further acknowledges and agrees that Service Provider will suffer substantial injury as a result of UMMCs breach of this Agreement.  While the precise amount and extent of such damage is not readily ascertainable, UMMC acknowledges that Service Provider could incur significant damages that could include loss or revenue, loss of profit, loss of access, loss of business and loss of ability to operate.

**Term:**

This Agreement shall be effective for a (3) month period commencing on the Effective Date and shall automatically renew for additional one-month periods on each anniversary of the Effective Date. UMMC shall terminate this Agreement at any time by providing at least two (2) weeks' written notice to Service Provider.  Service Provider shall have the right to terminate this Agreement immediately with cause including breach of this Agreement.

**Effect of Termination:**

Upon termination of this Agreement for any reason or cause whatsoever, UMMC will immediately surrender to Service Provider any property or proprietary information in the possession of UMMC at the time of termination, including equipment, software, keys, usernames and password.  Termination of the Agreement will not release or discharge UMMC from any obligations, debts, liability or damages which will have previously accrued.

**Confidentiality:**

UMMC will be exposed and have access to information that is confidential.  Confidential information shall be defined as any non-public information that is not owned, created or generated by UMMC that is stored, created or accessed through or on the Network.

**HIPAA:**

UMMC shall comply with all applicable law governing the confidentiality, privacy and security of all medical records or other health-related information that UMMC or its employees or agents may have access to on the Network. UMMC shall comply with the Health Insurance Portability and Accountability Act of 1996 and all implementing regulations issued pursuant thereto, as may be amended from time to time and shall execute and deliver a HIPAA Business Associate Agreement to Service Provider.

**This Agreement constitutes the complete and exclusive agreement of the parties with respect to the services contemplated and supersedes all prior oral and written agreements, understanding, and communications between the parties regarding services and access.**

# SOFA EXHIBIT #13

**IN WITNESS WHEREOF, the Parties have duly executed this Agreement on the _____ day of _____, 2019, to be effective as set forth herein.**

**UMMC**

United Memorial Medical Center Physicians Group, PLLC

By: _M. Ravi_

_RAVISHANKER MALLAPURAM_

Title: _DIRECTOR_

**Service Provider**

Allergy of Texas PLLC, dba Medical Care of Texas

By: _Stacy Williams_

Stacy Williams

Title: CBO

Debtor   **Providence Hospital of North Houston LLC**                                    Case number *(if known)*

---

**profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank, N.A.**<br>**PO Box 182051**<br>**Columbus, OH 43218-2051** | **XXXX-6585** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **08/11/20** | **$100,000.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**202 W. 38th St.**<br>**Houston, TX 77018** | **Arin Tijerina**<br>**Cheryl Mallams**<br>**Hazel Uy**<br>**Patricia McConnell** | **647 Boxes of Records;**<br>**Storage prepaid through**<br>**12/31/20** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Providence Hospital of North Houston LLC**          Case number *(if known)*

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Paul Hanson<br>1126 Wentworth Dr<br>Pearland, TX 77584 | 11/05/18 - 02/01/19 |
| 26a.2. | Hemant Khemka<br>20406 Knolls Spring Trail<br>Katy, TX 77450 | 05/01/18 - 08/03/20 |
| 26a.3. | Bobbi Nguyen<br>777 Preston St 37B<br>Houston, TX 77002 | 11/30/17 - 11/08/18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Providence Hospital of North Houston LLC**               Case number *(if known)*

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.4. | **Maryan Hasan-Lawal**<br>**22306 Davenport Downs Ln**<br>**Richmond, TX 77469** | **02/13/19 - 005/03/19** |
| 26a.5. | **Kelli Bullock**<br>**8614 Spring Green Dr**<br>**Houston, TX 77095** | **10/15/18 - 09/03/19** |
| 26a.6. | **Patricia McConnell**<br>**16711 Saint Johns Wood Dr.**<br>**Tomball, TX 77377** | **12/01/17 - current** |
| 26a.7. | **Grant Lerette**<br>**5903 Madrone Meadow Dr.**<br>**Katy, TX 77494** | **02/28/18 - 09/11/18** |
| 26a.8. | **Keesha Williams**<br>**14 Wolly Bucket Pl**<br>**Spring, TX 77380** | **10/30/18 - 02/22/19** |
| 26a.9. | **Marita Reyes**<br>**20310 Tarpon Bay Ln.**<br>**Cypress, TX 77433** | **12/18/17 - 06/15/19** |
| 26a.10. | **Denise Taylor**<br>**2400 Spring Ran Dr. Apt. #1234**<br>**Spring, TX 77379** | **04/19/18 - 03/25/19** |
| 26a.11. | **Sara Dada**<br>**13427 Amber Queen Lane**<br>**Houston, TX 77041** | **04/30/19 - 07/23/19** |
| 26a.12. | **Aileen Hazel Rigor Uy**<br>**20314 Tarpon Bay Ln**<br>**Cypress, TX 77433** | **05/15/18 - current** |
| 26a.13. | **Guadalupe Garza**<br>**16134 Sweetwater Fields Ln**<br>**Tomball, TX 77377** | **08/12/19 - 09/03/19** |
| 26a.14. | **Rosie Tolson**<br>**2414 Cactus Bend Dr**<br>**Humble, TX 77396** | **04/02/19 - 04/25/19** |
| 26a.15. | **Alfleta Bowman**<br>**116 Clear Springs Dr**<br>**Montgomery, TX 77356** | **02/15/16 -06/14/19** |
| 26a.16. | **Monica Harville**<br>**7202 Barker Cypress Rd. #11104**<br>**Cypress, TX 77433** | **06/06/17 - 09/05/19** |
| 26a.17. | **Ayeasha Graham**<br>**11315 Bethnal Green Dr**<br>**Houston, TX 77066** | **02/10/19 - 06/24/19** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Providence Hospital of North Houston LLC**                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Bentley Bratcher & Associates, P.C.**<br>**515 W Greens Rd**<br>**Houston, TX 77067** | **08/01/2018 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Patricia McConnell**<br>**16711 Saint Johns Wood Dr.**<br>**Tomball, TX 77377** | |
| 26c.2.  **Greg Bratcher**<br>**515 W Greens Rd.**<br>**Houston, TX 77067** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Independent Financial**<br>**(formerly Independent Bank)**<br>**1051 FM 1960 West**<br>**Houston, TX 77090** |
| 26d.2.  **Canon Financial Services**<br>**158 Gaither Dr**<br>**Mount Laurel, NJ 08054** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Huong Le Nguyen** | **50 Palmer Crest Dr.**<br>**Spring, TX 77381** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Minh Chi Nguyen** | **50 Palmer Crest Dr.**<br>**Spring, TX 77381** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stacy Williams** | **19302 Chateau Ridge Ct.**<br>**Tomball, TX 77377** | **CBO** | **0%** |

Debtor   **Providence Hospital of North Houston LLC**                    Case number *(if known)*

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☐ No
- ☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hemant Khemka | 20406 Knolls Spring Trail Katy, TX 77450 | VP of Finance | 02/01/19 - 08/03/20 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Belinda Simpson | 19908 Cullen Ridge Dr Porter, TX 77365 | CEO/COO | 04/08/19 - 09/03/19 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Kimberly Harrington | 727 Vicksburg Court Conroe, TX 77302 | CNO | 01/10/19 - 09/03/19 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Huong Le Nguyen 50 Palmer Crest Dr. Spring, TX 77381 | $27,000 | 10/1/19 | Clinical lab consultant services from 08/01/2016 - 08/01/2019 |
| | Relationship to debtor Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Providence Hospital Holdings, LP | EIN:    36-4833856 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Providence Hospital of North Houston LLC**          Case number *(if known)*

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 21, 2020**

/s/ Huong Le Nguyen                                      **Huong Le Nguyen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Providence Hospital of North Houston LLC**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received | $ | 40,000.00 |
| Balance Due | $ | 0.00 |

2.   $  **335.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**2004 examinations, motions for turnover, depositions, relief from the automatic stay, avoidable transfers, prosecution or defense of any other claims under state or federal law, objections to exemptions**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/21/20
_____
Date

_____
**Ronald J. Sommers 18842500**
_Signature of Attorney_
**Nathan Sommers Jacobs, A Professional Corporation**
**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
**713-960-0303   Fax: 713-892-4800**
_Name of law firm_

---

## United States Bankruptcy Court
### Southern District of Texas

In re    Providence Hospital of North Houston LLC

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    August 21, 2020

/s/ Huong Le Nguyen

Huong Le Nguyen/Managing Member
Signer/Title

1960 Family Practice, P.A.
5037-B FM 2920
Spring, TX 77388

1960 Physician Associates
837 FM Cypress Creek Ste 105
Houston, TX 77090

AADCO Medical, Inc.
PO Box 410
Randolph, VT 05060

Abbott Laboratories
22400 Network Place
Chicago, IL 60673-1224

Abbott Vascular
75 Remittance Dr Ste 1138
Chicago, IL 60675-1138

Ability Network, Inc.
PO Box 856015
Minneapolis, MN 55485-6015

Accountable Healthcare Staffing, Inc.
c/o Jon Totz
Totz Ellison & Totz, P.C.
2211 Norfolk, Suite 510
Houston, TX 77098

Acumed LLC
7995 Collection Center Dr
Chicago, IL 60693

Aesculap Implant Systems, LLC
PO Box 780391
Philadelphia, PA 19178-0391

Aetna, Inc.
PO Box 784836
Philadelphia, PA 19178-4836

AFLAC
1932 Wynnton Rd
Columbus, GA 31999

Allergan USA, Inc.
12975 Collections Center Dr
Chicago, IL 60693-0129

Allosource
PO Box 801020
Kansas City, MO 64180-1020

Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

AMB Services, Inc.
22203 N Lake Village Dr
Katy, TX 77450

AMB Services, Inc.
c/o Wong Fleming
77 Sugar Creek Center Blvd Ste 401
Sugar Land, TX 77478

Ambiorix, LLC
PO Box 620
Toledo, OH 43697

American College of Radiology
1891 Preston White Dr
Reston, VA 20191

American Elevator Inspections
PO Box 2709
Baytown, TX 77522

American Proficiency Institute
Department 9526
PO Box 30516
Lansing, MI 48909-8016

American Surgical Development
19820 N 7th Ave, Ste 230
Phoenix, AZ 85027

AmkaiSolutions
555 NorthPoint Center East
Ste 300
Alpharetta, GA 30022

Angiodynamics, Inc.
PO Box 1549
Albany, NY 12201-1549

Applied Stattistics & Management, Inc.
PO Box 2738
Temecula, CA 92593

Aquarium Creations
16753 Donwick Dr Ste C7-C8
Conroe, TX 77385

ArbiMed Inc.
6229 Theall Rd Ste C
Houston, TX 77066

Arrow International, Inc.
PO Box 60519
Charlotte, NC 28260

Arthrex, Inc.
PO Box 403511
Atlanta, GA 30384-3511

Asahi Intec USA, Inc.
3002 Dow Ave., Ste 212
Tustin, CA 92780

Ascend National LLC
5380 W 34th St #288
Houston, TX 77092

Authorized Inspection Assoc.
14531 FM 529 Ste 135
Houston, TX 77095

Avanos Medical Sales, LLC
PO Box 732583
Dallas, TX 75373-2583

Avant Solutions
29015 Japonica
San Antonio, TX 78260

Axis Neuromonitoring, LLC
c/o William J. Garrison
Garrison P.C.
4514 Cole Ave., Suite 600
Dallas, TX 75205

BBC Biochemical
PO Box 1320
Mount Vernon, WA 98273

BeaconMedaes
Dept. 3234 (Lockbox)
PO Box 123234
Dallas, TX 75312-3234

Behavioral Health Connections
Attn: Accounting
6500 Hornwood Dr
Houston, TX 77074

Bell Medical, Inc.
PO Box 771470
Saint Louis, MO 63177

Best Choice Anesthesia and Pain Services
7010 Chapions Placa Dr #300

BKD LLP
510 N Valley Mills Dr Ste 200
Waco, TX 76710

Boston Scientific Corporation
PO Box 205651
Dallas, TX 75320-5651

Bracco Diagnostics, Inc.
PO Box 978952
Dallas, TX 75397-8952

Buckeye Cleaning Center
16420 W Hardy Rd Ste 150
Houston, TX 77060-6243

C.R. Bard Inc.
PO Box 75767
Charlotte, NC 28275

Campos, Jose
3913 Mossy Oaks Rd E
Spring, TX 77389

Canon Financial Services, Inc.
1000 Howard Blvd., Ste 103
Mount Laurel, NJ 08054

Canon Financial Services, Inc.
158 Gaither Dr
Mount Laurel, NJ 08054

Canon Financial Services, Inc.
c/o Padfield & Stout, LLP
1136 N. Kirkwood Rd
Houston, TX 77043

Canon Medical Systems USA, Inc.
PO Box 775220
Chicago, IL 60677

Canon Medical Systems USA, inc.
2441 Michelle Dr
Tustin, CA 92780

Canon Medical Systems USA, inc.
c/o Padfield & Stout, LLP
1136 N. Kirkwood Rd
Houston, TX 77043

Canon Medicaly Systems US, Inc.
PO Box 775220
Chicago, IL 60677

Cardinal Health
c/o Bank of America Lockbox
5303 Collections Center Dr
Chicago, IL 60693

Cardinal Health
7000 Cardinal Place
Dublin POH 43017

Cardinal Health Medical Products & Svcs
PO Box 730112
Dallas, TX 75373

Cardiovascular Systems, Inc.
 Dept. CH 19348
Palatine, IL 60055

Cerner Corporation
PO Box 959156
Saint Louis, MO 63195-9156

Change Healthcare, LLC
3055 Lebanon Pike
Nashville, TN 37214

Change Healthcare, LLC
c/o Rauch-Milliken International, Inc.
4400 Trenton St
Metairie, LA 70006

Checkpoint Surgical
22901 Millcreek Blvd, Ste 360
Beachwood, OH 44122

COLA
9881 Broken Land Pkwy Ste 200
Columbia, MD 21046

College of American Pathologists
PO Box 71698
Chicago, IL 60694-1698

CompuGroup Medical US
10065 Red Run Blvd Ste 150
Owings Mills, MD 21117-5566

Cook Medical
22988 Network Place
Chicago, IL 60673-1229

Cooper Surgical, Inc.
PO Box 712280
Cincinnati, OH 45271-2280

CPSI
PO Box 850309
Mobile, AL 36685-0309

Craneware, Inc.
po Box 934241
Atlanta, GA 31193-4241

Cypress Creek ER of Harmony
5037-B FM 2920
Spring, TX 77388

Cypress Creek ER, PLLC
5037-B FM 2920
Spring, TX 77388

DCIDS Tissue Bank
1600 Hayes St Ste 300
Nashville, TN 37203

DePuySynthes
1302 Wrights Lane East
West Chester, PA 19380

Digital Imaging
5037-B FM 2920
77388

Discount Print
10730 Barker Cypress Rd Ste C
Cypress, TX 77433

Diversatek Healthcare, Inc.
27270 Network Place
Chicago, IL 60630

DJO Surgical
PO Box 660125
Dallas, TX 75266

Doctor's Hospital 1997 LP
dba United Memorial Medical Center
510 W Tidwell Rd
Houston, TX 77091

Dozier, Jeremy
17811 N Ble Heron Cir
Montgomery, TX 77316

Echo Communications, Inc.
12703 Veterans Memorial Dr Ste 200
Houston, TX 77014

Enhanced Revenue Solutions LLC
25700 I45 North Ste 120
Spring, TX 77386

Enterprise Laboratory Conultation, LLC
3157 Shoreline Dr
Burleson, TX 76028-8312

eVisit
1201 S. Alma School Rd, Ste 15500
Mesa, AZ 85210

Experian Health, Inc.
c/o Experian
PO Box 886133
Los Angeles, CA 90088-6133

FedEx Freight Dept. Ch
PO Box 10306
Palatine, IL 60055-0306

Fidia Pharma USA
PO Box 10341
Uniondale, NY 11555-1034

Filter Technology
9018-B Sranton
Houston, TX 77075

Fire Safe Protection Services, LP
PO Box 1759, Dept 620
Houston, TX 77251

Fisher & Phillips LLP
1075 Peach Tree St NE
Ste 3500
Atlanta, GA

Fisher Healthcare Acct #075180-001
PO Box 404705
Atlanta, GA 30384

FM 1960 Medical Village II LP
20320 Northwest Frwy, Ste 900
Houston, TX 77065

FM 1960 Medical Village II, LP
5037B FM 2920
Spring, TX 77388

Fortis Surgical Solutions
c/o Stromberg Stock PLLC
8750 North Central Expressway, Suite 625
Dallas, TX 75231

Fortis Surgical Solutions, LLC
7219 Emerald Glen Dr
Sugar Land, TX 77479

FP Mailing Solutions
140 N Mitchell Ct Ste 200
Addison, IL 60101-5624

Fresenius Medical Care
Houston Acutes
North 16343 Collections Center Dr
Chicago, IL 60693

Gary E. Patterson, PC
PO Box 52159
Houston, TX 77052

GCS Backflow Services, Inc.
8524 Highway 6 North #274
Houston, TX 77095

GE Healhtcare
PO Box 640200
Pittsburgh, PA 15264-0200

GenProbe Instruments
10210 Genetic Center
San Diego, CA 92121

Genzyme Corporation
62665 Collections Center Dr
Chicago, IL 60693

Getinge USA Sales, LLC
PO Box 775436
Chicago, IL 60677-5436

GI Supply, Inc.
PO Box 45730
Baltimore, MD 21297-5730

Globonics LLC
337 Garden Oaks Blvd #64830
Houston, TX 77018

Globonics, LLC
c/o Kara Stauffer
Alvarez Stauffer Bremer PLLC
815 Walker St., Suite 1450
Houston, TX 77002

Gold Standard Diagnostics Corp.
PO Box 11407
Dept #5907
Birmingham, AL 35202-1407

Grainger
Dept 886535853
PO Box 419267
Kansas City, MO 64141-6267

Guardian Safe & Lock
28155 Tomball Pkwy, Ste 6B
Tomball, TX 77375

Gulf Coast Regional Blood Center
Attn: Elaine Gumabong
1400 La Concordia
Houston, TX

Harris County Clerk
201 Caroline St, 4th Fl
Room 460
Houston, TX 77002

HDP Investments, Inc.
921 Cypress Creek Pkwy, Ste 122
Houston, TX 77090

HealthStream, Inc.
PO Box 102817
Atlanta, GA 30368-2817

Healthtronics Mobile Solutions
PO Box 95333
Grapevine, TX 76099

Henry Schein, Inc.
Dept CH 10241
Palatine, IL 60055-0241

Henry Schein, Inc.
Dept CH 10241
Palatine, IL 60055

Henry Schein, Inc.
c/o Freedman & Price, P.C.
1102 West Ave., Ste 200
Austin, TX 78701

Highland Capital Corporation
5 Center Ave
Little Falls, NJ 07424

Houston Endoscopic Solutions
220 Barren Springs Dr. #14
Houston, TX 77090

Hunter Pharmacy Services
PO Box 30573
Austin, TX 78755

Hunter Pharmacy Services, Inc.
c/o Aaron Charles de la Garza
Aaron C. De La Garza, PLLC
509 West 18th St
Austin, TX 78701

Huong Le Nguyen
50 Palmer Crest Dr.
Spring, TX 77381

Huong Le Nguyen
50 Palmer Credt Dr.
Spring, TX 77381

iMedical, inc.
1153 SE Century Dr
Lees Summit, MO 64081

Independent Financial
formerly Independent Bank
PO Box 3035
McKinney, TX 75070

Innovative Office Machine Repair
17422 Edenway Dr #100
Spring, TX 77379

Integra Lifesciences
PO Box 404129
Atlanta, GA 30384-4129

Invivo Corporation
PO Box 100355
Atlanta, GA 30384-0355

iRCODER
3355 Lenox Rd Ste 242
Atlanta, GA 30326-1332

J&J Healthcare Systems, Inc.
PO Box 406663
Atlanta, GA 30384-6663

Jason's Deli
PO Box 4869
Dept 271
Houston, TX 77210-4869

Joint Restoration Foundation
PO Box 845549
Kansas City, MO 64184-3549

Kentech, Inc.
PO Box 3022
Humble, TX 77347

Key Surgical, Inc.
Attn: Accounts Receivable
PO Box 74809
Chicago, IL 60690-7211

Label Arts, LLC dba Labelmart
PO Box 775218
Chicago, IL 60677

Language Line Services, Inc.
PO Box 202564
Dallas, TX 75320-2564

Le Nguyen Family, L.P.
50 Palmer Crest Dr.
Spring, TX 77381

Lighthouse Services, Inc.
1710 Walton Rd Ste 204
Blue Bell, PA 19422

LipoSales
170-9 Central Ave
Farmingdale, NY 11735

Lone Star Communications
4210 South Dr
Houston, TX 77053-4811

LSI Solutions, Inc.
PO Box 205099
Dallas, TX 75320

Luby's Fuddruckers Restaurants, LLC
PO Box 202183
Dallas, TX 75320

M2 Lease Funds, LLC
175 N. Patrick Blvd., Ste 140
Brookfield, WI 53045

M2 Lease Funds, LLC
c/o Davis Kuelthau, S.C.
11 E. Kilbourn Ave., Ste 1400
Milwaukee, WI 53202

Mahendru, PC
639 Heights Blvd
Houston, TX 77007

Maine Standards
221 US Route 1
Cumberland Foreside, ME 04410

Mako Surgical Corp.
2555 Davie Rd.
Fort Lauderdale, FL 33317

Mangini-Lakhia Pathology Laboratory
1140 Business Center Dr, Ste 370

MBB Neuromonitoring
Vilma Wheeler
4708 Plum Forest Rd
Houston, TX 77084

McKesson Medical Surgical
PO Box 660266
Marietta, TX 75566-0266

McKesson Medical Surgical
PO Box 660266
Dallas, TX 75266

MD Resource Corporation
5981 Graham Ct
Livermore, CA 94550

MedGas By Design, LLC
24200 Southwest Fwy Ste 402-261
Rosenberg, TX 77471

Medical Care of Texas
5037-B FM 2920
Spring, TX 77388

Medical Protective
PO Box 15021
Fort Wayne, IN 46885-5021

Medical Solutions LLC
PO Box 310737
Austin, TX 78755

Medivators, Inc.
NW 9841
PO Box 1450
Minneapolis, MN 55485

Medline Industries, Inc.
Dept. 1080
PO Box 121080

Medline Industries, Inc.
c/o Michael S. Baim
The CKB Firm
30 North LaSalle St, Ste 1520
Chicago, IL 60602

MedSphere Systems Corporation
135 N Los Robles Ave
Ste 600
Pasadena, CA 91101

Medsphere Systems Corporation
c/o Jon Stenquist
Parsons Behle & Latimer
350 Memorial Dr., Ste 300
Idaho Falls, ID 83402

Medtronic USA, Inc.
PO Box 848086
Dallas, TX 75284-8086

MedUSA Group, LLC
17304 Preston Rd, Ste 800
Dallas, TX 75252

Merit Medical Systems, Inc.
PO Box 204842
Dallas, TX 75320

Merry X-Ray Corporation
4909 Murphy Canyon Rd
Ste 120
San Diego, CA 92123

Mettler-Toledo Rannin, LLC
27006 Network Place
Chicago, IL 60673-1270

MicroAire
Lock Box 96565
Chicago, IL 60693

Microsoft
One Microsoft Way
Redmond, WA 98052

Millennium Surgical Corp.
PO Box 775385
Chicago, IL 60677-5385

Mindray DS USA, Inc.
24312 Network PL
Chicago, IL 60679-1234

Minh Chi Nguyen
50 Palmer Crest Dr.
Spring, TX 77381

Misonix, Inc.
1938 New Highway
Farmingdale, NY 11735

Mizuho Orthopedic Systems, Inc.
30031 Ahern Ave
Union City, CA 94587-1234

Modular Systems & Installation Services
11225 Neeshaw
Houston, TX 77065

My Office Products
PO Box 32192
New York, NY 10087-2192

NeoGenomics Laboratories, Inc.
PO Box 864403
Orlando, FL 32886-4110

Neuronetics
32222 Phoenixville Pke
Malvern, PA 19355

Neuronetics
c/o Javitch Block LLC
1100 Superior Ave., 19th FL
Cleveland, OH 44114

Nicka & Associates, Inc.
4500 W Wildorado Pkwy, Ste 3400
McKinney, TX

Northside Pathology Group, PLLC
510 W Tidwell rd
Houston, TX

Nova Strategic Solutions
PO Box 12204
Spring, TX 77391

Nuance Communications, Inc.
PO Box 7247-6924
Philadelphia, PA

NuTech, Inc.
1301 Clinic Dr
Tyler, TX 75701

OHK Medical Device, Inc.
2885 Sanford Ave SW #14751
Grandville, MI 49418

Olympus America Inc.
PO Box 120600
Dept. 0600
Dallas, TX 75312-0600

Olympus America, Inc.
Dept. 3595
PO Box 123595
Dallas, TX 75312-3595

Omnicell, Inc.
PO Box 204550
Dallas, TX 75320-4650

One Stop Print Shop
3033 Cypress Creek Pkwy
Houston, TX 77068

Oppor Infrastructure
4425 Indian Creek Pkwy
Overland Park, KS 66207

Organogenesis, Inc.
Dept. 2542
PO Box 122542
Dallas, TX 75312-2542

Orion Laboratory Solutions LLC
835 E Lamar Blvd #132
Arlington, TX 76011

Ortho Clinical Diagnostics
PO Box 3655
Carol Stream, IL 60132-3655

Ortho-Clinical Diagnostics, Inc.
1001 US Highway 202
Raritan, NJ 08869

Osteomed LLC
2241 Collection Center Dr
Chicago, IL 60693

Pappa Johns Houston Pizza Venture
13131 Champions Dr, Ste 110
Houston, TX 77069

ParMed Pharmaceuticals
PO Box 90272
Chicago, IL 60696-0272

Parts Source
PO Box 645186
Cincinnati, OH 45264-5186

Patient Choice Coalition
PCCOT PO Box 278
League City, TX 77574

PegEX
5520 Nobel Dr Ste 125
Madison, WI 53711

PenRad Technologies, Inc.
114 Commerce Circle
Buffalo, MN 55313

PG Lifelink
167 Gap Way
Erlanger, KY 41018

Phadia US, Inc.
PO Box 741760
Atlanta, GA 30374-1760

PharMEDium Services, LLC
39797 Treasury Center
Chicago, IL 60694-3900

PHNH Physician Associates, PLLC
5037-B FM 2920
Spring, TX 77388

Physician's Alliance of Red Oak
5037-B FM 2920
Spring, TX 77388

Praxair Distribution, Inc - 4276
PO Box 120812
Dept 0812
Dallas, TX 75312-0812

Praxair Distribution, Inc.
Dept 0812
PO Box 120812
Dallas, TX 75312-0812

Praxair Distribution, Inc.
Dept. 0812
PO Box 120812
Dallas, TX 75312-0812

Press Ganey Assoc., Inc.
Box 88335
Milwaukee, WI 53288-0335

Prince Food Systems, Inc.
11001 S Wilcrest Dr, Ste 200
Houston, TX 77099

Prince Food Systems, Inc.
c/o Barry Heslop
1111 Heights Blvd.
Houston, TX 77008

Proficient Services
1930 Rainy River
Houston, TX 77088

ProHealth Staffing LLC
PO Box 7064
San Francisco, CA 94120

Providence ER of Northwest, PLLC
5037-B FM 2920
Spring, TX 77388

Providence ER of Spring, PLLC
5037-B FM 2920
Spring, TX 77388

QIAGEN, Inc.
PO Box 5132
Carol Stream, IL 60197-5132

Rad Leasing Company II LP
5037 B FM 2920
Spring, TX 77388

Radiation Detection Company, Inc.
3527 Snead Dr
Georgetown, TX 78626

Reinvent Biologics LLC
1200 W Fwy Ste 300
Fort Worth, TX 76102

Resurgence Healthcare Solutions LLC
Accounting Department
PO Box 9114

RGIS
PO Box 77631
Detroit, MI 48277

Richard - Alan Scientific Co.
98194 Collection Center Dr
Chicago, IL 60693

Rodom Medical Consulting PA
1708 Elmen St
Houston, TX 77019

Safeguard Business Systems
PO Box 88043
Chicago, IL 60680-1043

Segway Orthopaedics, Inc.
5205 Avenida Encinas #C
Carlsbad, CA 92006

SETRAC-SouthEast Texas Regional Advisory
Council
1111 N. Look West, Ste 160
Houston, TX 77008

Seyfarth Shaw LLP
3807 Collections Center Dr
Chicago, IL 60693

Sheta, Essam
2903 Barton Ct
Pearland, TX 77584

Siemens Medical Solutions USA, Inc.
PO Box 120001 - Dept. 0733
Dallas, TX 75312-0001

Simpex Medical
PO Box 963
Jefferson, SC 29718

SJ Associated Pathologists
PO Box 420150
Houston, TX 77242-0150

Skye Orthobiologics
2255 Campus Dr
El Segundo, CA 90245

Smith & Nephew, Inc.
PO Box 205651
Dallas, TX 75320-5651

Solstice Corporation
PO Box 1177
Portland, ME 04104

Southwest Regional PCR, LLC
9161 Narcoossee Rd Ste 202
Orlando, FL 32827

SPBS, Inc.
4431 Long Prairie Rd Ste 100
Flower Mound, TX 75028

Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638

StatLab Medical Products
PO Box 678056
Dallas, TX 75267-8056

STERIS Corporation
PO Box 676548
Dallas, TX 75267-6548

Stryker Instruments
PO Box 70119
Chicago, IL 60673-0119

Stryker Orthopaedics
Box 93213
Chicago, IL 60673-3213

Stryker Sales Corp.
PO Box 93276
Chicago, IL 60673

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Superior Laboratory Services
1710 Preston Road, Ste A
Pasadena, TX 77503-2901

Surgical Notes
3100 Monticello Ave Ste 450
Dallas, TX 75205

Surgilogix
11503 NW Military Hwy Bldg 400
Ste 307
San Antonio, TX 78231-1884

SutureExpress
PO Box 842806
Kansas City, MO 64184-2806

Syed Rizwan Mohiuddin
510 W Tidwell Rd
Houston, TX 77091

TD Industries, Inc.
PO Box 300008
Dallas, TX 75303-0008

Teleflex Medical
PO Box 601608
Charlotte, NC 28260-1608

Terumo Medical Corporation
PO Box 841733
Dallas, TX 75284-1733

Texas AirSystems, LLC
6029 West Campus Cir Dr
Ste 100
Irving, TX 75063

Texas Dept. of State Health
Architectural Review Group
PO Box 149347
Austin, TX 78714-9347

Texas Lithotripsy LP VIII
PO Box 953333
Grapevine, TX 76099

Texas Managerial Medical Services, LLC
5037-B FM 2920
Spring, TX 77388

Texas Medicaid & Healthcare Partnership
Accounts Receivable
PO Box 202948
Austin, TX 78720-2948

Texas Radiology Associates, P.A.
5037B FM 2920
Spring, TX 77388

The Bug Stoppers
PO Box 8998
Spring, TX 77387-8998

ThyssenKrupp Elevator Corp.
PO Box 933004
Atlanta, GA 31193-3004

Tissue Regenix Wound Care, Inc.
PO Box 841379
Dallas, TX 75284

Titan Spine
6410 West Executive Dr Ste A
Thiensville, WI 53092

TMMS Staffing, LLC
5037-B FM 2920
Spring, TX 77388

Tornier, Inc.
PO Box 4631
Houston, TX 77210-4631

Toshiba Medical System
2441 Michelle Dr
Tustin, CA 92780

Toshiba Medical Systems
2441 Michelle Dr
Tustin, CA 92780

Toshiba Medical Systems
c/o Padfield & Stout
1136 N. Kirkwood Rd
Houston, TX 77043

Tri-State Lithotripay III, L.P.
PO Box 2062
Pampa, TX 79066

Tritin Medical Distribution
9 Medical Pkwy, Ste 108
Dallas, TX 75234-7868

TWI Service, Inc.
PO Box 520117
Longwood, FL 32752

TZ Medical, Inc.
17750 SW Upper Bones Ferry Rd
Ste 150
Portland, OR 97224

ULINE
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741

Ultimate Biomedical Solution LLC
6315B FM 1488 Rd #138
Magnolia, TX 77354-2526

Ultimate Medical Services, Inc.
6004 Hwy 90 East
Lake Charles, LA 70615

USMED-EQUIP
PO Box 41321
Houston, TX 77241

VasoHealthcare IT Corp.
4710 Eisenhower Blvd.
Tampa, FL 33634

VasoHealthcareIT Corp.
4710 Eisenhower Blvd Ste E-8
Tampa, FL 33634

Venture Development
200 Medical Dr Ste C1A
Carmel, IN 46032

Vista Printing
395 Olive Ave
Vista, CA 92083

Vista Printing
c/o Wells & Cueller
440 Louisiana, Ste 718
Houston, TX 77002

Viventi Med, LLC
5037-B FM 2920
Spring, TX 77388

W.L. Gore & Assoc., Inc.
PO Box 751331
Charlotte, NC 28275

Wells Johnson Company
PO Box 18230
Tucson, AZ 85731-8230

Werfen USA LLC
PO Box 347934
Pittsburgh, PA 15251

Wound Care Innovations, LLC
1200 Summit Ave, Ste 414
Fort Worth, TX 76102-4407

Wright Medical Technology, Inc.
PO Box 503482
Saint Louis, MO 63150-3482

Z-Medica, LLC
PO Box 412344
Boston, MA 02241-2344

Zavation Medical Products, LLC
220 Lakeland Pkwy
Flowood, MS 39232

Zimmer
PO Box 840166
Dallas, TX 75284-0166

Zimmer Knee Creations
14235 Collection Center Dr
Chicago, IL 60693

Zimmer US, Inc.
200 West Ohio Ave
Dover, OH 44622

## United States Bankruptcy Court
### Southern District of Texas

In re   <u>Providence Hospital of North Houston LLC</u>                    Case No.  _____

                                    Debtor(s)              Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>**Providence Hospital of North Houston LLC**</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>8/21/20</u>
Date

_____
Ronald J. Sommers 18842500
Signature of Attorney or Litigant
Counsel for   **Providence Hospital of North Houston LLC**
**Nathan Sommers Jacobs, A Professional Corporation**
**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
**713-960-0303 Fax:713-892-4800**