IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROVIDENCE HOSPITAL OF | § | |
| NORTH HOUSTON LLC, | § | CASE NO.: 20-34238 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR
AUGUST 23, 2022 HEARING ON RRL CAPITAL INVESTMENTS, LLC'S
NOTICE OF PERFECTED SECURITY
INTEREST IN DEBTOR'S PERSONAL PROPERTY**
(Relates to Docket No. 76)

Allison D. Byman, the chapter 7 trustee (the "**Trustee**"), by and through her undersigned counsel, hereby files her witness and exhibit list (the "**Witness and Exhibit List**") for the video/telephonic hearing scheduled August 23, 2022, at 10:00 a.m. (CST) (the "**Hearing**"), on RRL Capital Investments, LLC's *Notice of Perfected Security Interest in Debtor's Personal Property.* [Docket No. 76].

## WITNESSES

The Trustee may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party.

2. Any rebuttal witnesses as needed.

HB: 4891-9550-1614.1

## EXHIBITS

The Trustee may offer into evidence any one of more or the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| T-1 | Memorandum of Understanding dated August 16, 2019 (ECF No. 79-6) | | | | |
| T-2 | Letter dated November 23, 2020 (ECF No. 79-7) | | | | |
| T-3 | Letter dated March 28, 2022 (ECF No. 79-8) | | | | |
| T-4 | October 2020 Bank Statement | | | | |
| T-5 | UCC Termination Dated December 17, 2020 (ECF No. 79-4) | | | | |
| T-6 | Assignment of Note and Liens for Loan No. x0541 (ECF No. 76-1) | | | | |
| T-7 | Assignment of Note and Liens for Loan No. x4023 (ECF No. 76-2) | | | | |
| T-8 | September 2020 Bank Statement | | | | |
| | Any exhibit designated by any other party. | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case. | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

The Trustee reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

HB: 4891-9550-1614.1

DATED: August 19, 2022.

    Respectfully submitted,

    HUSCH BLACKWELL LLP

    By: */s/ Timothy A. Million*
        Timothy A. Million
        State Bar No. 24051055
        Randall A. Rios
        State Bar No. 16935865
        Chase Tower
        600 Travis Street, Suite 2350
        Houston, Texas 77002
        Tel: (713) 647-6800
        Fax: (713) 647-6884

    -AND-

    Jameson J. Watts
    State Bar No. 24079552
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701
    Tel: (512) 472-5456
    Fax: (512) 479-1101
    jameson.watts@huschblackwell.com

    -AND-

    Ryan A. Burgett
    Tennessee Bar No. 33641
    736 Georgia Avenue, Suite 300
    Chattanooga, Tennessee 37402
    Tel: (423) 266-5500
    Fax: (423) 266-5499
    Ryan.Burgett@huschblackwell.com

    ATTORNEYS FOR ALLISON D. BYMAN,
    CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2022, a true and correct copy of the forgoing document was served on all parties listed as receiving notices *via* the court's ECF noticing system.

                                            */s/ Timothy A. Million*
                                              Timothy A. Million