IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROVIDENCE HOSPITAL OF | § | |
| NORTH HOUSTON LLC, | § | CASE NO.: 20-34238 |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

**TRUSTEE'S WITNESS AND EXHIBIT LIST FOR
DECEMBER 19, 2022, HEARING**
(Relates to Docket No. 112)

Allison D. Byman, the chapter 7 trustee (the "**Trustee**"), by and through her undersigned counsel, hereby files her witness and exhibit list (the "**Witness and Exhibit List**") for the video/telephonic hearing scheduled December 19, 2022, at 3:30 p.m. (CST) (the "**Hearing**"), on *Trustee's Motion to Approve Settlement Agreement with Devonna Tennie Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 112].

## WITNESSES

The Trustee may call any of the following witnesses at the Hearing:

1. Allison D. Byman.

2. Any witness called or listed by any other party.

3. Any rebuttal witnesses as needed.

HB: 4879-5025-8756.1

## EXHIBITS

The Trustee may offer into evidence any one of more or the following exhibits:

| Exhibit No. | Description | Offered | Objection | Admitted | Date |
|---|---|---|---|---|---|
| | Any exhibit designated by any other party. | | | | |
| | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case. | | | | |
| | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party. | | | | |

The Trustee reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

DATED: December 14, 2022.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Timothy A. Million
    Timothy A. Million
    State Bar No. 24051055
    Randall A. Rios
    State Bar No. 16935865
    Chase Tower
    600 Travis Street, Suite 2350
    Houston, Texas 77002
    Tel: (713) 647-6800
    Fax: (713) 647-6884

-AND-

HB: 4879-5025-8756.1

                Ryan A. Burgett
                Tennessee Bar No. 33641
                736 Georgia Avenue, Suite 300
                Chattanooga, Tennessee 37402
                Tel: (423) 266-5500
                Fax: (423) 266-5499
                Ryan.Burgett@huschblackwell.com

ATTORNEYS FOR ALLISON D. BYMAN, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, a true and correct copy of the forgoing document was served on all parties listed as receiving notices *via* the court's ECF noticing system.

*/s/ Timothy A. Million*
Timothy A. Million

HB: 4879-5025-8756.1